**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_____PENSACOLA_____ DIVISION

**CIVIL RIGHTS COMPLAINT FORM
TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983**

GERRARD D. JONES (A/K/A "LAWYERBOY"),
Inmate # 503034
(Enter full name of Plaintiff)

FOURTH AMENDED COMPLAINT

vs.

CASE NO: 3:18cv155-LC-EMT
(To be assigned by Clerk)

1. CAPTAIN SCHWARZ,
2. SGT. GOLDHAGEN,
3. OFFICER BEAUDRY,
4. OFFICER DENMON,
5. OFFICER F.D. POGUE.

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)
( ALL SUED IN "INDIVIDUAL" CAPACITY),

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

FILED USDC FLND PN
OCT 24 '18 PM12:15

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: GERRARD JONES, A/K/A "LAWYERBOY",
Inmate Number: 503034
Prison or Jail: FLORIDA STATE PRISON
Mailing address: P.O. BOX 800
RAIFORD, FLORIDA
32083

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: 1. CAPTAIN SCHWARZ
    Official position: PRISON GUARD
    Employed at: SANTA ROSA C.I.
    Mailing address: 5850 E. MILTON ROAD
    MILTON, FL. 32583

    4. OFFICER DENNION
    PRISON GUARD
    SANTA ROSA C.I.
    5850 E. MILTON ROAD
    MILTON, FL. 32583

(2) Defendant's name: 2. SGT. M. GOLDHAGEN
    Official position: PRISON GUARD
    Employed at: SANTA ROSA C.I.
    Mailing address: 5850 E. MILTON ROAD
    MILTON, FL. 32583

    5. OFFICER POGUE
    PRISON GUARD
    SANTA ROSA C.I.
    5850 E. MILTON ROAD
    MILTON, FL. 32583

(3) Defendant's name: 3. OFFICER BEAUDRY
    Official position: PRISON GUARD
    Employed at: SANTA ROSA C.I.
    Mailing address: 5850 E. MILTON ROAD
    MILTON, FL. 32583

ALL SUED IN THEIR "INDIVIDUAL" CAPACITY.

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

III. EXHAUSTION OF ADMINISTRATIVE REMEDIES  YES. ALL "FULLY EXHAUSTED."

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes(X)   No( )

1. Parties to previous action:
   (a) Plaintiff(s): _SEE 3-A._
   (b) Defendant(s): _____
2. Name of judge: _____   Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

(Attach additional pages as necessary to list state court cases.)

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?
Yes(X)   No( )

1. Parties to previous action:
   a. Plaintiff(s): _SEE 3-B._
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____

3

CONTINUATION LISTING OF **STATE** COURT (PRIOR/PENDING) CASES:
(CASES "OPEN" ARE <u>UNDERLINED</u>).

LEON COUNTY, FLORIDA
2012-CA-2275, 2014-CA-3256;
2014-CA-3287, 2015-CA-1304;
2015-CA-2253, 2015-CA-2408;
2015-CA-2591; 2015-CA-2594;
2015-CA-2596; 2016-CA-1015;
2016-CA-1306; 2016-CA-1308;
2016-CA-1309; 2016-CA-1467;
2016-CA-1469; 2016-CA-1478;
2016-CA-1643; 2016-CA-1845;
2018-CA-0477; <u>2018-CA-1285</u>.
2015-AP-0005

BRADFORD COUNTY, FLORIDA:
<u>2018-CA-222</u>.

JEFFERSON COUNTY, FLORIDA:
2013-CA-33; 2014-CA-287.

SANTA ROSA COUNTY, FL:
2015-CA-209.

MIAMI-DADE COUNTY, FL:
GERRARD JONES v. CECELIA JONES,
DIVORCE GRANTED (2011).
CASE # UNKNOWN).

FIRST DCA
1D13-2645; 1D15-2106;
1D15-2377; 1D15-4831;
1D15-5190; 1D16-0597;
1D16-0696; 1D16-2974;
1D16-2990; 1D16-3481;
1D18-____ (PENDING "MANDAMUS" ACTION, 1st DCA)
(NO CASE # ASSIGNED YET).

FLA. SUPREME COURT:
SC 60-80544;
SC 13-142;
SC 16-530.

I STATE IN GOOD FAITH, THAT LISTED HEREIN,
THESE ARE THE <u>STATE</u> CASES. I RECOLLECT NO
OTHERS RELEVANT HERE AND DEFER MYSELF
TO FURTHER SCRUTINY OF THIS COURT AND
OTHER PARTIES.

Gerrard D. Jones
10-19-18.

(3-A)

<u>CONTINUATION LISTING OF FEDERAL COURT (PRIOR/PENDING) CASES:</u>
(CASES "OPEN" ARE <u>UNDERLINED</u>).

<u>11th CIRCUIT (ATLANTA):</u>
<u>18-12624-E</u>; <u>18-11918-K</u>
16-15254-C; (THERE MAY BE <u>ONE</u> MORE. I'M NOT SURE).

<u>N.D. TALLAHASSEE:</u>
4:16-CV-36; 4:16-CV-236;
<u>4:18-CV-76</u>; <u>4:18-CV-77</u>.

<u>N.D. PENSACOLA:</u>
<u>3:16-CV-155</u>; 3:16-CV-313*;
<u>3:18-CV-1118</u>.

<u>M.D. JACKSONVILLE:</u>
3:16-CV-35, <u>3:18-CV-390</u>.

<u>M.D. TAMPA:</u>
8:91-CV-1083; 8-92-CV-795;
8:92-CV-1000; 3:16-CV-35,
8:02-CV-305

<u>M.D. OCALA:</u>
<u>5:18-CV-56</u>; <u>5:18-CV-78</u>.

I STATE IN GOOD FAITH, THAT LISTED HEREIN THESE ARE THE <u>FEDERAL</u> CASES. I RECOLLECT NO OTHERS RELEVANT HERE AND OFFER MYSELF TO FURTHER SCRUTINY BY THIS COURT AND OTHER PARTIES. THERE WAS A PRIOR "DISMISSAL" AS *FRIVOLOUS, FOR ME NOT LISTING "ALL PRIOR CASES" ONCE. I CORRECT THAT. ALSO SAME, I BELIEVE IN ONE OF THE NEARLY 30 YEAR OLD TAMPA CASES.

(3-B)

[signature]
10-19-18

7.  Facts and claims of case: __SEE, 3-B__

**(Attach additional pages as necessary to list other federal court cases.)**

C.  Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(X)    No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.  Parties to previous action:
    a.  Plaintiff(s): __SEE 3-A AND 3-B.__
    b.  Defendant(s): _____
2.  District and judicial division: _____
3.  Name of judge: _____    Case #: _____
4.  Approximate filing date: _____
5.  If not still pending, date of dismissal: _____
6.  Reason for dismissal: _____
7.  Facts and claims of case: _____

**(Attach additional pages as necessary to list cases.)**

D.  Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(X)    No( )

1.  Parties to previous action:
    a.  Plaintiff(s): __SEE 3-A AND 3-B.__
    b.  Defendant(s): _____
2.  District and judicial division: _____
3.  Name of judge: _____    Case Docket # _____
4.  Approximate filing date: _____    Dismissal date: _____
5.  Reason for dismissal: _____

4

6. Facts and claims of case: __SEE 3-A AND 3-B.__

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

1. ON 8-18-15, ABOUT 9:10 AM, I WAS IN MY ROOM (L4206L) AT SANTA ROSA PRISON, WHEN A OFFICER CALLED ME, AND SAID GET DRESSED WITH MY I.D. CARD TOO. I DID, GO RIGHT TO MY ROOM AND SGT. GOLDHAGEN; OFFICERS DENMON, BEAUDRY & POGUE ALL CAME TO MY DOOR AS I GOT DRESSED, AND SAID I WAS GOING TO LOCKDOWN FOR J.W. STRAIN (THE LIBRARIAN)(I HAD WRITTEN "FREEDOM OF SPEECH" GRIEVANCES ON HER & K. HAGAN).

2. GOLDHAGEN SAID "TURN AROUND" AND FACE THE TOILET, AND I DID. HE SAID FOR ME TO PUT MY HANDS BEHIND MY BACK TO BE CUFFED. I TOLD HIM I HAVE A "FRONT CUFF PASS", BECAUSE MY (L) SHOULDER WAS INJURED. I SHOWED HIM MY PASS ON CAMERA, PUT MY HANDS IN FRONT OF ME.

3. GOLDHAGEN SAID "JONES, I'm ORDERING YOU TO TURN, FACE THE TOILET AND PUT YOUR HANDS BEHIND YOUR BACK, NOW!" I THEN REPEATED THAT I HAVE A FRONT CUFF PASS, AND I OFFERED TO CUFF IN FRONT. GOLDHAGEN SAID "JONES, YOU CRAZY MOTHERFUCKER, I DON'T KNOW WHAT'S IN THOSE PILLS YOU TAKE EVERYDAY, I DON'T GIVE A FUCK WHAT KIND OF PASSES YOU GOT." HE SAID THIS BECAUSE, INTER ALIA, HE BELIEVED MEDS MADE ME "CRAZY".

4. I SLOWLY PUT MY HANDS TOGETHER, OFFERING HIM TO CUFF ME IN FRONT. I SLOWLY (ON CAMERA) EXTENDED MY ARMS TO HIM OUT MY DOOR TO BE CUFFED IN FRONT, BUT HE REFUSED TO FRONT CUFF ME, DESPITE SEEING MY VALID PASS. GOLDHAGEN THEN LOUDLY SAID "LET'S SEE WHAT MY BROTHER HAS TO SAY ABOUT IT, TOUGH-GUY". THEN, HE GOT ON HIS RADIO AND SAID "I GOT AN INMATE WHO IS REFUSING TO CUFF UP." DOZENS OF INMATES WERE MILLING AROUND AND GOLDHAGEN ORDERED ALL OF THEM TO LOCK THEMSELVES INTO THEIR ROOMS, AND OTHER STAFF ASSISTED IN CLOSING THE DOORS OF ALL THE OTHER INMATES.

5

FOOTNOTE #5-A: GOLDHAGEN AND OTHER STAFF PRESENT KNEW AT ALL TIMES THAT I TAKE PSYCHOTROPIC MEDS, AS I HAVE HIGH ANXIETY, DEPRESSION, "PTSD". GOLDHAGEN WOULD OFTEN SEE ME AND MOCK ME, CALLING ME "RETARD/CRAZY".

5. All other inmates went to their rooms and Goldhagen told them to lock their doors, because he had "a situation", and all the inmates did so. Goldhagen did not lock my door, even though I was allegedly being "a situation".

6. Sometime later, the man Goldhagen called his "brother" arrived. Goldhagen had been in the dorm now for about 15 minutes. Captain Schwarz came in, came upstairs to my cell door. I was leaning back onto the sink. Schwarz had brought more officers with him. Schwarz said "Jones, did my staff tell you to cuff up?" I then began to explain my injuries and told Schwarz that I have a valid "front cuff pass." I again told Schwarz "I'm not refusing to cuff up, it's just that due to my injuries* the doctors issued me a front cuffs medical pass."

7. Schwarz said "Jones, turn around (in back) and cuff up." I then, again, placed my hands in front of me, offering to submit to being front-cuffed. Goldhagen, by this time, had put a pair of handcuffs into his right hand, like a pair of brass knuckles. Schwarz and Goldhagen stepped away from my cell door to confer, then, Goldhagen came back to my door, now tightly clenching the handcuffs like "brass knuckles" aggressively in his right hand.

8. Schwarz then said something to Goldhagen that I didn't hear. Goldhagen responded to Schwarz by stating "Bro, this is a pill-line retard!" (he screamed this loudly).

(5-8).

---

* I had been issued the "front cuffs" pass by doctors at Jefferson Correctional Institution ("JCI") in October 2014, due to the assistant warden at JCI, Antonio M. Hudson, and Colonel Torrey M. Johnson having attacked me at JCI on 10-7-2014, in retaliation for me informing the FBI and FDLE about prison guards murdering an inmate.

9. SCHWARZ AND GOLDHAGEN AND POGUE HAVE A KNOWN REPUTATION FOR BEING OVERLY VIOLENT AGAINST INMATES AND SCHWARZ AUTHORIZES THEM TO WRITE RETALIATION "DR's", WHICH SCHWARZ "APPROVES". SO, I BELIEVE SCHWARZ AUTHORIZED THEM TO INJURE ME, AS SCHWARZ THEN TOLD GOLDHAGEN "DO WHATEVER YOU NEED TO DO TO CUFF HIM, IN BACK!!". GOLDHAGEN IMMEDIATELY CAME AT ME, SWINGING HIS FIST, CURLED AROUND THE CUFFS TO USE THEM LIKE BRASS KNUCKLES TO HIT ME IN MY FACE. I DEFLECTED THE PUNCH AND HE BECAME ANGRIER AND SWUNG AGAIN WITH THE SAME INTENT TO HIT ME IN THE FACE WITH HIS RIGHT HAND, STILL HOLDING CUFFS LIKE BRASS KNUCKLES. I BLOCKED THAT PUNCH TOO, AND, SEEING THAT GOLDHAGEN WAS LITERALLY TRYING TO KILL ME, I SAID "OKAY SARGE, YOU GOT THAT" — (SAYING THAT HE COULD CUFF ME BEHIND MY BACK).

10. DURING ALL THIS TIME, OTHER OFFICERS WERE IN THE ROOM AND THEY SEEMED "STARTLED" THEMSELVES AT GOLDHAGEN'S AGGRESSION TOWARDS ME. THEY HAD NOT, AT THAT POINT, DONE ANYTHING TO ME. THEY WERE WATCHING GOLDHAGEN TRY TO TAKE ME DOWN WITH A PUNCH WITH HIS HANDCUFFED RIGHT FIST.

11. SO, GOLDHAGEN STOPPED TRYING TO HIT ME AND HE WALKED AROUND BEHIND ME AND I GAVE HIM MY HANDS BEHIND MY BACK. (I DID NOT "MOVE, TWITCH, NOR OTHERWISE RESIST.") GOLDHAGEN CUFFED ME BEHIND MY BACK — THEN, WHILE BEHIND ME HE PUT ME IN A CHOKE HOLD. HE BEGAN YELLING AT ME WHILE CHOKING ME. HE WAS SAYING "YOU AIN'T NO FUCKING LAWYER, "LAWYERBOY/LB*, YOU DONE FUCKED 'ROUND AND PISSED A REAL LAWYER OFF".
(5-C).

---

\* PLAINTIFF'S 20 YEAR OLD PRISON "NICKNAME" IS "LAWYERBOY/LB", DUE TO MY JAILHOUSE LAWYERING/PRISON ACTIVISM. GOLDHAGEN AND SCHWARZ REFERRED TO ME DURING THIS INCIDENT AS "LAWYERBOY". ALSO, UPON MY ARRIVAL AT SANTA ROSA CORRECTIONAL INSTITUTION ("SRCI"), GOLDHAGEN AND ME HAD NUMEROUS CONVERSATIONS AFTER HE HEARD ANOTHER INMATE CALL ME "LAWYERBOY". GOLDHAGEN AND ME DISCUSSED POLITICS, RELIGION, RACE-RELATIONS. HE SAID HE WAS PROUDLY RACIST/KKK AND HE DON'T LIKE RACE-MIXING, ESPECIALLY BLACK MEN WITH WHITE WOMEN SEXUALLY. HE TOLD ME HE HATES JAILHOUSE LAWYERS AND HE OPENLY TOLD ME HE "TOOK UP A MONEY-COLLECTION FOR HIS BROTHER, NAMED DAVID MORAN," WHO IS ON TRIAL FOR A KKK MURDER PLOT TO KILL A BLACK

5-C

FOOTNOTE CONTINUED: PRISONER. GOLDHAGEN SAID HE GOT MONEY FOR MORAN'S LAWYER FROM HIS SANTA ROSA "KKK BROTHERS AND OTHER WHITE STAFF."

---

12. I BEGAN LOSING CONSCIOUSNESS. GOLDHAGEN SAID "I GOT THIS MOTHERFUCKER — Y'ALL JUST HOLD HIS FEET." I FELT OTHER HANDS ON ME AND GOLDHAGEN CHOKED ME HARDER, TAKING ME DOWN TO THE CONCRETE FLOOR. I WAS THEN BENT BACKWARDS, WITH GOLDHAGEN PULLING/CHOKING MY NECK BACKWARDS, AND THE OTHERS HELPED PIN AND HURT ME. THEIR FORCE HAD ME BENT BACKWARDS, AS IF TO "HOGTIE" MY NECK TO MY ANKLES. I COULDN'T BREATHE, I WAS IN SEVERE PAIN. GOLDHAGEN KEPT CHOKING ME. I WENT UNCONSCIOUS.

13. I DON'T KNOW HOW LONG I WAS UNCONSCIOUS, BUT I CAME-TO, AND WAS LAYING ON MY STOMACH, STILL ON THE FLOOR. GOLDHAGEN SAID "OH, YOU'RE BACK WITH US, LAWYER BOY/LB". HE THEN BEGAN PULLING MY UNDERWEAR (BOXER SHORTS) INTO MY BUTT, AND HE HAD SOMETHING IN HIS HAND. HE STARTED PUSHING IT WILDLY, TO PUSH IT INTO MY RECTUM. I SQUIRMED/WIGGLED, AND HE KEPT PUSHING IT TO GET IT INSIDE ME. THE OBJECT CUT MY LEFT BUTTOCK, THEN WENT INTO MY RECTUM, AS THE OTHER OFFICERS PUSHED DOWN ON MY WRISTS BACKWARDS AND BENT MY FEET/ANKLES BACKWARDS WITH GREAT FORCE, CAUSING ME EXCRUCIATING PAIN AND INJURIES. I SCREAMED OUT IN PAIN.

14. I HEARD, THEN FELT BONES POPPING. I SCREAMED SOME MORE, AND REALIZED GOLDHAGEN WAS BENDING/BREAKING MY HANDS AND FINGERS IN ALL PAINFUL DIRECTIONS. GOLDHAGEN DID THIS FOR ABOUT A FULL CLOCK MINUTE, THEN, SOMEONE HEAVY SAT ON MY BACK, WHILE OTHERS KEPT BENDING BACKWARDS AND PUTTING PAIN WRENCHING PRESSURE ON MY WRISTS/ANKLES/FEET, AND IT HURT SO SO MUCH AND I SCREAMED SO SO LOUDLY.

15. SCHWARZ CAME IN, AND STOOD UP NEAR MY HEAD, WHICH WAS TOWARDS THE ENTRYWAY. GOLDHAGEN WAS IN FRONT OF ME NOW, BETWEEN SCHWARZ AND ME. GOLDHAGEN TURNED MY FACE TOWARDS SCHWARZ AND PUSHED MY HEAD DOWN FLAT WITH HIS PALMS AND INVITED SCHWARZ TO KICK ME IN THE FACE. SCHWARZ SAID "JONES, YOU SEE MY FEET?". I TRIED TO TALK, BUT THE WEIGHT OF THE OFFICERS ON ME WAS TOO GREAT. I WAS SUFFOCATING, GOING BACK UNCONSCIOUS. SCHWARZ SAID "THAT'S ENOUGH".

(5-D)

16. Officers Beaudry, Denton, E.D. Pogue all kept pinning me down to hurt me. Then, the other officers all got off me, except Goldhagen, who was still aiming my face and inviting Schwarz to kick me. Schwarz said "Jones/Lawyerboy/LB — Do you see my feet?" I nodded "Yes". Schwarz said "Next time I'll use them on you." Schwarz then told Goldhagen and the officers "Stand him up", and they did. They held me, as I couldn't stand. My limbs and body were numbed with pain. Schwarz told me to "Take some deep breaths", which I tried to do.

17. Schwarz then whispered something to Goldhagen, then said to the other officers "A couple of you take Jones over to Confinement (J-Dorm)". Goldhagen then told Schwarz "Oh, I'm gonna walk with Lawyerboy/LB. We still got some shit to talk over and get the proper respect."

18. Goldhagen and another white male officer held me under my arms and walked me out the L-Dorm-Y Wing, to J-Dorm. Goldhagen then began accusing me of filing grievances against law library tech-assistant, J.W. Strain, as well as my having filed Florida Bar complaints against J.W. Strain's supervising attorney (per "Freedom of Speech"). But, Goldhagen told me that I'd better stop filing grievances and so forth, because Ms. Strain disapproves.

19. Goldhagen then asked me "Do you know a lawyer who works for our prison staff, out of Tallahassee?" I said "No". Goldhagen said, "Well, she knows you, and I'm here because you filed some paperwork against her too, and I want it stopped". I then said "You mean Ms. Hagan, the Attorney General lawyer?" Goldhagen said "That would be her". I said "Damn", and Goldhagen said "She (Attorney General Hagan) may be some kin to me" (meaning him, Goldhagen and Ms. Hagan).

(5-E)

* Immediately after Goldhagen's attack of 8-18-2015, I filed a Florida Bar Complaint against Attorney General Hagan. I have been advised in writing by the Attorney General's Office that Ms. Hagan's employment has been terminated, as of 10-1-2015, and she has moved also, out of Florida to Illinois.

20. GOLDHAGEN CONTINUED, SAYING "YOU SEE JONES, WE GOT A BIG BIG FAMILY UP HERE IN THE PANHANDLE. THIS IS REDNECK/CRACKER/COUNTRY BOY/KKK TYPE—, AND, IF YOU THINK WE WON'T KILL YOU JONES, JUST TRY US."

21. GOLDHAGEN THEN SAID "JONES, WHEN I GET YOU TO LOCK-UP (J-DORM), I'M GONNA TURN YOU OVER TO ANOTHER ONE OF OUR BROTHERS, AND HE WILL FURTHER EXPLAIN STUFF TO YOU." WE ENTERED J-DORM, AND I WAS TAKEN FOR A "POST-USE-OF-FORCE" EXAMINATION. (THIS WILL BE DISCUSSED IN GREATER DETAIL LATER IN THIS LAWSUIT. BUT, SCHWARZ AND GOLDHAGEN STAYED IN THE EXAMINATION ROOM AND SCHWARZ TOLD THE NURSES TO "DO THE MINIMUM," AND THE NURSES COMPLIED, AND "DID THE MINIMUM").

22. THEREAFTER, GOLDHAGEN DELIVERED ME TO THE CUSTODY OF HIS "BROTHER," OFFICER RICHARDSON, A WHITE MALE WHO WORKS IN J-DORM. RICHARDSON CAME TO MY CELL AND, IN A THREATENING WAY, HE WAVED A PIECE OF PAPER AND SAID "JONES, DO YOU INTEND TO SIGN THIS HERE FORM AGAINST MY BROTHERS (SCHWARZ AND GOLDHAGEN) ABOUT USE OF FORCE?" I SAID "NO," AS I DIDN'T HAVE ANY STRENGTH LEFT TO ENDURE MORE.

23. RICHARDSON THEN SAID "LAWYER-BOY, WE WILL STARVE YOU TO DEATH, GET YOU GASSED-MACED, WRITE BOGUS DISCIPLINARY REPORTS ("DR'S"), TEAR UP ALL YOUR MAIL AND MORE AND GET CLEAN AWAY WITH IT." HE CAME BACK LATER AND TOLD ME TO "LOOK OUT YOUR WINDOW TONIGHT" (I WAS IN ROOM J2108L).

24. LATER THAT NIGHT (OR EARLY MORNING) THERE WAS A "BAM" ON MY WINDOW, AND I SAW AN OFFICER "FAST-WALKING" AWAY. I LOOKED OUT MY WINDOW INTO THE PARKING LOT. IT WAS TWO TRUCKS OVER THERE, AND FOUR WHITE MEN POINTING GUNS. I DUCKED DOWN, AND I SAT ON THE FLOOR ALL NIGHT.

25. RICHARDSON CAME BACK TO WORK AND THREATENED ME ABOUT WHAT WILL HAPPEN IF I FILED ANY GRIEVANCES AGAINST HIM OR HIS "BROTHERS" OR LIBRARY TECH-ASSISTANT, J.W. STRAIN. HE STOPPED BY MY CELL MANY DAYS TO THREATEN ME ON THIS.

(5-F)

26. ON ONE SUCH OCCASION, RICHARDSON "BRAGGED", WHILE THREATENING ME ABOUT REPRISALS/RETALIATIONS HIM AND HIS "BROTHERS" WOULD DO IF I FILED GRIEVANCES/COURT ACTIONS. RICHARDSON TOLD ME THAT HE TOO WAS A KKK-MEMBER AND THAT DAVID MORAN (THE KKK-PRISON GUARD LISTED IN THE FOOTNOTE ON PAGES #5-C AND #5-D) WAS "HIS BROTHER, TOO."

27. RICHARDSON TOLD ME THAT HE GETS ALL OF HIS KKK-BROTHERS "DISCOUNTS" ON FIREARMS, BECAUSE HIS COUSIN (WHO IS ALSO, ACCORDING TO RICHARDSON, A KKK-MEMBER TOO) — WORKS AT "DEEP SOUTH GUNS AND AMMO" (A LOCAL GUN STORE?), AND THAT THIS COUSIN ALSO GETS THEM "THROW AWAY GUNS," WITH THE SERIAL NUMBERS/MARKINGS "SHAVED OFF".

28. RICHARDSON TOLD ME THAT HIS OTHER COUSIN, "ERNIE," OWNS A BOAT AND HAS A SECRET-SPOT "GATOR PIT", AND THAT HE (RICHARDSON) HAS SEEN ERNIE'S GATORS "EAT A COUPLE OF NIGGERS, THAT THE KKK "BROTHERS" HAD KILLED."

29. GOLDHAGEN, WITH SCHWARZ AUTHORIZATION, RETALIATORILY WROTE TWO (2) DISCIPLINARY REPORTS ("DR'S") TO COVER UP THE 8-18-2015 ATTACK ON ME. HE RETALIATED ONE "DR", SAYING I DISOBEYED HIS "CUFF UP" ORDER (HE WROTE IT UP, INTENTIONALLY OMITTING THE FACT OF HIM DISREGARDING MY "FRONT CUFFS" MEDICAL PASS) — AS IF I HAD JUST FLAT OUT REFUSED TO BE HANDCUFFED IN ANY WAY, AT ALL.

30. GOLDHAGEN RETALIATED THE SECOND "DR", TO SAY THAT I HAD ~~tried to strike/hit him~~, AS HE WAS ATTEMPTING TO CUFF ME, AND THAT HE HAD TO USE "REACTIONARY FORCE".

31. GOLDHAGEN (AND SCHWARZ, AS WELL AS THE OTHER OFFICERS PRESENT) KNEW THAT THEY HAD VIOLATED "USE-OF-FORCE" PRISON RULES, AS THIS WAS <u>NOT</u> "REACTIONARY USE OF FORCE", BUT AN <u>"ORGANIZED USE OF FORCE"</u>, WHICH HAS A STRICTER PROTOCOL TO FOLLOW, AND KNEW THEY NEEDED A <u>"COVER-UP"</u> PLAN.

32. INDEED, THE FACT OF ME PASSIVELY REFUSING CUFFS FOR A TOTAL OF ABOUT <u>20 MINUTES</u>, AND GOLDHAGEN SECURING ALL THE OTHER INMATES IN THEIR ROOMS, AND CALLING SCHWARZ AND THEN PUTTING HANDCUFFS ON HIS HAND/FIST TO USE AS BRASS KNUCKLES — SHOWS IT <u>WAS NOT</u> "REACTIONARY FORCE".

5-G).

33. I WAS, AT ALL TIMES, STANDING BY THE TOILET IN MY ROOM. ALL SCHWARZ AND/OR GOLDHAGEN OR ANY OTHER OFFICER NEEDED TO DO WAS SIMPLY CLOSE MY ROOM DOOR, AS I WAS ALONE IN THE ROOM, AS THE OFFICERS HAD SECURED MY ROOMMATE TO ANOTHER LOCATION, PRIOR TO LOCKING THE OTHER DOZENS OF INMATES INTO THEIR ROOMS TOO.

34. THIS SHOWS THE ATTACK WAS PLANNED, ANTICIPATED, AND INTENTIONAL — IN ORDER TO NEEDLESSLY INFLICT PAIN, INJURY, SUFFERING, PAIN, DEGRADATION, RACISM ON ME; BECAUSE THERE IS NO ANSWER FOR WHY THEY ALL LOCKED EVERYONE IN THEIR ROOMS <u>except for me</u>.

35. THE "ORGANIZED USE OF FORCE" RULES, CALLED FOR THEM TO SIMPLY LOCK ME IN MY ROOM, THEN, GAS/MACE ME, OR "CELL EXTRACT" ME, OR, JUST CUFF ME UP THROUGH THE CLOSED CELL-DOOR <s>after verifying to their satisfaction</s> <u>THAT I HAD A VALID "FRONT CUFFS PASS" ISSUED BY THE JCI DOCTOR AND RE-ISSUED by the Santa Rosa DOCTOR — 8 MONTHS prior to THE 8-18-2015 ATTACKS</u>. (ALL OF THEM FAILED TO PROTECT ME).

36. SCHWARZ, GOLDHAGEN AND ALL THE OTHER OFFICERS, NEEDLESSLY, MALICIOUSLY INFLICTED INJURIES/PAIN, FOR NO BONA FIDE "SECURITY" REASONS, BUT TO PUNISH/TORTURE ME FOR MY HAVING WRITTEN GRIEVANCES AGAINST J.W. STRAIN (THE LIBRARY TECH-ASSISTANT) AND THE BAR COMPLAINT AGAINST ATTORNEY GENERAL HAGAN — AS WELL AS RETALIATING AGAINST ME FOR MY PRISON ACTIVISM/JAILHOUSE LAWYERING AT JEFFERSON CORRECTIONAL INSTITUTION ("JCI"), AND AT SANTA ROSA.

(5-H).

---

\* THERE IS A SEPARATE LAWSUIT NOW FILED (CASE # 4:18-CV-76, N.D. TALLAHASSEE) AGAINST COLONEL TORREY M. JOHNSON (AS ASST. WARDEN, ANTONIO M. HUDSON, IS "DECEASED" NOW) FOR THEM ATTACKING ME ON 10-7-2014, DISLOCATING MY LEFT ARM/SHOULDER, WHICH IS WHY I HAD A "FRONT CUFFS PASS". AFTER ATTACKING ME AT JCI, THEY RETALIATORILY SENT ME TO SANTA ROSA, WHERE JOHNSON WORKED FOR 15 YEARS <s>prior to</s> BEING HIRED AT JCI.

37. SCHWARZ, GOLDHAGEN, DENMON, BEAUDRY AND E.D. POGUE, (AS WELL AS OTHER OFFICERS WHO ARE NOT BEING SUED.), WERE ALL PRESENT IN L-DORM DURING THE 8-18-2015 ATTACK, AND EACH DEFENDANT <u>INJURED</u>, AND FAILED TO PROTECT ME.

38. I SUFFERED BEING CHOKED UNCONSCIOUS BY CONSTRICTION OF MY AIR PASSAGES; BEING ALSO CRUSHED UNDER THE WEIGHT OF THE OFFICERS; I SUFFERED BROKEN FINGERS ON BOTH HANDS, A POPPED BLOOD VESSEL IN MY RIGHT HAND; A BROKEN BONE ON THE BACK (MIDDLE) OF MY RIGHT HAND; SEVERE NERVE DAMAGE IN MY RIGHT HAND/RIGHT WRIST; PERMANENT DISFIGUREMENT OF MY EXTREMITIES; THE CUTTING OF MY LEFT BUTTOCK; THE FORCED ENTRY OF A (METAL) OBJECT PUSHED INTO MY RECTUM; RE-DISLOCATION OF MY LEFT ARM/SHOULDER; PERMANENT SCARRING OF MY WRISTS AND ANKLES FROM THE BENDING OF THOSE LIMBS AGAINST HANDCUFFS/LEG-SHACKLES SADISTICALLY TO TORTURE ME. I SUFFERED THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY ALL THE OFFICERS, WHO WHOLLY FAILED TO PROTECT ME. I SUFFERED AND STILL SUFFER A WORSENING OF MY MENTAL-DISABILITIES AND POST-TRAUMATIC STRESSES.

39. RICHARDSON AND GOLDHAGEN, FURTHER ACTED TO DETER ME BY "THREATS" FROM REPORTING THE PHYSICAL/SEXUAL ABUSE-ATTACK, AND SOUGHT TO DETER ME FROM FILING GRIEVANCES/COURT ACTIONS, BY THEIR THREATS OF BOGUS "DR'S"; GASSING/MACING. (<u>RICHARDSON ALSO STOLE A BOXFUL OF MY LEGAL PAPERS/EXHIBITS FOR THIS LAWSUIT, IN SEPTEMBER 2016 ON CAMERA</u>)

40. GOLDHAGEN WROTE ME TWO (2) "<u>RETALIATORY</u>" DISCIPLINARY REPORTS ("DR'S"), TO "COVER-UP" HIS OTHERWISE UNCONSTITUTIONAL, UNMERITED PHYSICAL ATTACKS, WHICH WERE RACIALLY MOTIVATED AS DESCRIBED.

41. HE WROTE THAT I "REFUSED A LAWFUL ORDER", AND THAT I "ATTEMPTED TO BATTER HIM", KNOWING BOTH WERE SOLELY RETALIATION-BASED AND DONE WITH RACIAL ANIMUS (AS I AM BLACK AND ALL DEFENDANTS, EXCEPT E.D. POGUE, ARE WHITE PERSONS). THIS WAS ALSO DONE TO & <u>DID</u> HAVE A "CHILLING EFFECT" ON MY "<u>FREEDOM OF SPEECH</u>"/JAILHOUSE LAWYERING RIGHTS, TO FORESTALL ME FROM FILING GRIEVANCES/COMPLAINTS ABOUT THIS,

5-I). AND OTHER PRISON ACTIVISM ACTIVITIES LISTED HEREIN.

42. THE OTHER OFFICERS, BEAUDRY/DENMON/POGUE ACTIVELY ASSISTED IN INJURING ME, AND FAILED TO HELP ME, AND SCHWARZ KNEW ALL THE OTHERS WOULD HURT ME, AND HE STILL SENT THEM TO HURT ME AND HE COULD HAVE STOPPED IT ALL, BUT DIDN'T.

43. SCHWARZ "OKAYED" RETALIATION DR'S, AND CONSCIOUSLY JOINED IN LEAGUE TO "COVER-UP" THE ATTACKS, BY SUBMITTING FALSE REPORTS, AND BY THEIR "THREATS/INTIMIDATION" (SCHWARZ, GOLDHAGEN) AND PLANS TO FURTHER INJURE ME, IN RETALIATION FOR ME FILING "FREEDOM OF SPEECH" GRIEVANCES.

44. I AM IN CONSTANT TURMOIL/MENTAL ANGUISH. I FEAR BEING ATTACKED FURTHER, EVEN THOUGH I'M AWAY FROM THERE. IT "REPLAYS" IN MY HEAD, DAILY.

45. I TAKE VARIOUS PSYCHE MEDS (VISTARIL/LIBRIUM) AND HAVE HAD TO CHANGE PSYCHE MEDS NUMEROUS TIMES, TO TRY TO FIND SOMETHING TO AFFORD ME RELIEF (I CONTINUE TO BE "HAUNTED" BY THE ATTACK).

46. I FEAR GETTING "AIDS". I TAKE YEARLY TESTS. I'M FEARFUL OF WHAT GOLDHAGEN PLUNGED INTO MY RECTUM AND CUT MY BUTTOCKS WITH.

47. I STILL SUFFER PAINS (SEVERE) IN MY NECK, BACK (L) ARM/SHOULDER, HANDS, FINGERS, WRISTS, RIGHT FOOT, RECTUM, BUTTOCKS. I WAS HUMILIATED.

48. (I HAD "SECRETED" THE UNDERWEAR I WAS WEARING WHEN ATTACKED. HOWEVER, IT WAS STOLEN OUT MY PROPERTY BY STAFF AT TOMOKA C.I., WHEN INSPECTORS/INVESTIGATORS CAME OVER THERE TO RETRIEVE IT OUT OF MY STORED PROPERTY IN THE TOMOKA C.I. PROPERTY ROOM. THAT IS THE SUBJECT OF AN UPCOMING LAWSUIT. (IT HAD MY BLOOD/FECES, THEIR DNA)).

49. ALL DEFENDANTS, AT ALL TIMES, ACTED TO PUNISH ME, RETALIATE ON ME, AND TO INFLICT CRUEL AND UNUSUAL TORTURE, GRATUITOUSLY, FOR THE VERY PURPOSE OF INJURING ME, AND WITH NO BONA FIDE SECURITY REASONINGS, AND TO BE SADISTIC, RACIST, MALICIOUS — ALL INTENTIONALLY/INTELLIGENTLY.

50. ALL DEFENDANTS ACTED UNDER COLOR OF STATE LAW, AND ALL KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS/INACTIONS IN INJURING ME AND FAILING TO PROTECT ME (SCHWARZ, GOLDHAGEN, BEAUDRY, DENMON, POGUE) WHEN EACH COULD AND SHOULD HAVE INTERVENED, WERE IN DIRECT VIOLATION OF THE 8TH AND 1ST AMENDMENTS TO THE U.S. CONSTITUTION, AS I HAD A RIGHT TO NOT BE ATTACKED; TO BE PROTECTED ONCE ATTACKED, AND TO BE TREATED.

51. NO MONEY IS SOUGHT FOR, AND NO CLAIMS ARE MADE FOR RELIEF FROM THESE FACTS OUTSIDE OF THE 8TH AND 1ST AMENDMENT VIOLATIONS, THOUGH I STILL HEREIN LIST MY FACTS AS KNOWN AND REASONABLY BELIEVED AS TRUE TO ME. THERE IS A CAMERA THAT POINTED STRAIGHT AT MY ROOM, AND ALL THE ATTACK IS ON VIDEO. I ALSO HAVE A LOT OF INMATE WITNESSES FOR USE AT JURY TRIAL.

## VI.  STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

DEFENDANTS VIOLATED MY 8TH AMENDMENT RIGHTS TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT, UNDER THE U.S. CONSTITUTION (SEE PARAGRAPHS #1 THRU #51). AND, VIOLATED MY 1ST AMENDMENT "FREEDOM OF SPEECH" RIGHTS, UNDER THE U.S. CONSTITUTION (SEE PARAGRAPHS #1 THRU 51).

## VII.  RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

JURY TRIAL, NOMINAL DAMAGES, COMPENSATORY DAMAGES, ATTORNEYS FEES/COSTS, COSTS OF PROSECUTION. THE COMPENSATORY $ IS $200 THOUSAND DOLLARS PER DEFENDANT. ALSO, PUNITIVE DAMAGES OF 10 MILLION DOLLARS PER DEFENDANT, ALL JOINTLY/SEVERALLY, FOR A TOTAL AWARD OF 51 MILLION DOLLARS. PLAINTIFF SEEKS THIS, AND ALL OTHER JUST AND PROPER RELIEF.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

10-19-18
(Date)

(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the 19th day of OCTOBER, 2018.

(Signature of Plaintiff)

GERRARD JONES #503034
FLORIDA STATE PRISON
P.O. BOX 800 / RAIFORD, FLORIDA 32083

Revised 03/07

7

U.S. DISTRICT COURT
NORTHERN DISTRICT FLA.
(PENSACOLA DIVISION)

GERRARD D. JONES,
A/K/A "LAWYERBOY",
PLAINTIFF,

- V -

CAPTAIN SCHWARZ,
SGT. GOLDHAGEN,
OFFICER BEAUDRY,
OFFICER DENMON,
OFFICER POGUE,
DEFENDANTS.

CASE # 3:18-CV-155-LC-EMT

* 4th AMENDED *

## PLAINTIFF'S NOTICE OF RE-FILING LAWSUIT, PER 9-28-18 ORDER.

COMES NOW, GERRARD D. JONES, A/K/A "LAWYERBOY", PRO SE, STATING:

1. THIS COURT GAVE PLAINTIFF UNTIL 10-28-18 TO RE-FILE HIS LAWSUIT.

2. PLAINTIFF HAS NOW DONE SO, AND HEREBY FILES SAME, ON 10-19-18.

3. PLAINTIFF HAS DROPPED 2 MORE DEFENDANTS, AND NOW SUES THE ACTUAL STAFF/GUARDS WHO ACTUALLY INJURED HIM AND VIOLATED HIS CONSTITUTIONAL RIGHTS UNDER THE 8th AND 1st AMENDMENTS TO THE U.S. CONSTITUTION.

4. WHEREFORE, I SUBMIT THE "4th AMENDED" LAWSUIT AND ASK IT BE SERVED.

GERRARD JONES (PRO SE)

### JURAT/CERTIFICATE OF SERVICE

I DECLARE UNDER PENALTY OF PERJURY OATH THAT I HAVE READ THIS NOTICE AND ALL FACTS ARE TRUE AND CORRECT PER 28 U.S.C. 1746(2). SIGNED, SWORN, DATED AND MAILED BY ("MAILBOX RULE") THIS 19th DAY OF OCTOBER 2018, TO:

(ORIGINAL)
✓ CLERK OF COURT
  N.D. FLA. (PENSACOLA)
  100 PALAFOX ST.
  PENSACOLA, FLORIDA
  32502

GERRARD JONES #503034
FLORIDA STATE PRISON/P.O. BOX 800
RAIFORD, FLORIDA 32083
(PLAINTIFF PRO SE)

FILED USDC FLND PN
OCT 24 '18 PM 12:15

GERRARD D. JONES #503034
FLORIDA STATE PRISON
P.O. BOX 800
RAIFORD, FLORIDA
32083

LEGAL MAIL

CLERK OF COURT
N.D. PENSACOLA
100 PALAFOX STREET
PENSACOLA, FLORIDA
32502

CHECKED OCT 24 2018

Mailed From A State Correctional Institution

LEGAL MAIL



U.S. POSTAGE >> PITNEY BOWES
ZIP 32026
02 4W
0000357048 $ 001.63°
OCT 22 2018