IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERRARD D. JONES,
    Plaintiff,

vs.                                          Case No.: 3:18cv155/LAC/EMT

CAPTAIN SCHWARZ, et al.,
    Defendants.
_____/

**<u>ORDER</u>**

    Plaintiff, an inmate proceeding pro se and in forma pauperis, filed a Fourth Amended Complaint pursuant to 42 U.S.C. § 1983 (ECF No. 20). The pleading is sufficient to alert Defendants to the nature and basis of Plaintiff's claims, and because Plaintiff has complied with the order directing him to submit a sufficient number of service copies, service is now appropriate.

    Accordingly, it is **ORDERED:**

    1.    The clerk of court is directed to issue summonses for Defendants Captain Schwarz, Sergeant M. Goldhagen, Officer Beaudry, Officer Denmon, and Officer F.D. Pogue. The summonses must indicate that each Defendant has **SIXTY (60) DAYS** in which to file a response to the Fourth Amended Complaint. The clerk is directed to refer the summonses to the United States Marshals Service ("USMS"), along with

the service copies of Plaintiff's Fourth Amended Complaint (ECF No. 20) and five copies of this order.

2.	Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Christy Padgett** is specially appointed to serve process upon Defendants at Santa Rosa Correctional Institution.  In the absence of **Christy Padgett,** the specially-appointed process server designated above, **Zach Barlow** is designated as an alternate server and must comply with this order as though issued in his name.

3.	Within **THIRTY (30) DAYS** from the date of entry of this order on the docket, the USMS is directed to serve a copy of the Fourth Amended Complaint, a summons, and a copy of this order upon each Defendant.  Service should attempted **by mailing these documents by regular mail to the above-named special process server, who must serve the Fourth Amended Complaint.**  All costs of service must be advanced by the United States.

4.	Within **SEVEN (7) DAYS** after receipt of the Fourth Amended Complaint and this order, **Christy Padgett,** must **serve the Fourth Amended Complaint upon each individual named above, complete** and **sign** each return of service, and **return** it to the clerk of court as proof of service.  Each Defendant must also sign the return of service as an acknowledgment of receipt of service.

5. If any Defendant is no longer employed at the designated institution or facility, or is otherwise unable to be served, the server must report this information to the clerk of court within **SEVEN (7) DAYS** after receipt of the Fourth Amended Complaint and this order. If service is returned unexecuted, or if a return is not filed within **FORTY-FIVE (45) DAYS** from the date of this order, the clerk of court is directed to immediately notify chambers.

6. Defendants have **SIXTY (60) DAYS** in which to file a response to the Fourth Amended Complaint.

7. No motion for summary judgment may be filed by any party prior to entry of a Case Management and Scheduling Order without permission of the court.

8. Counsel for Defendants must file a notice of appearance within **THIRTY (30) DAYS** of the date of service.

9. Plaintiff is advised that after a response to the Fourth Amended Complaint has been filed, no further amendments to the pleading will be permitted by the court unless, as required by Rule 15 of the Federal Rules of Civil Procedure, Plaintiff files a motion for leave to amend and a copy of the proposed amended complaint. *See* N.D. Fla. Loc. R. 15.1.

Case No.: 3:18cv155/LAC/EMT

10.   In accordance with 28 U.S.C. § 636(c)(2), the clerk of court is directed to forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it.  **If** Plaintiff wishes to consent, he should signed the form and forward it to counsel for a Defendant, who, **if** that Defendant consents, should sign and forward it to counsel for another Defendant(s), who should return it to the clerk of court **only if all Defendants have also consented**.

11.   Plaintiff is reminded to notify the clerk of court of any change in his mailing address, for example, if he is transferred, released from prison, or otherwise relocated.  Plaintiff's failure to do will likely result in his not receiving court orders, which may result in dismissal of this case for failure to prosecute or failure to comply with an order of the court.

**DONE AND ORDERED** this 29th day of November 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**