

**U.S. Department of Justice**

United States Marshals Service

Northern District of Florida

**Don Ladner**
**U.S. Marshal**

| 111 N. Adams Street | One North Palafox Street | 30 W. Government Street | 401 SE 1st Avenue |
| Tallahassee, FL 32301 | Pensacola, FL 32501 | Panama City, FL 32401 | Gainesville, FL 32601 |
| (850) 942-8400 | (850) 469-8270 | (850) 763-0771 | (352) 378-2082 |

January 8, 2019

Clerk, U.S. District Court
Northern District of Florida

Ref: Case Number    Gerard D. Jones vs. Schwarz et al
                    3:18cv00155-LC-EMT

The efforts of the U.S. Marshals Service to serve four (4) defendants in this case have been unsuccessful.

The documents ordered to be served upon Officer F D Pogue, Officer Beaudry, Sergeant M. Goldhagen and Captain Schwarz were mailed to Santa Rosa Correctional Institution.

The summons for Pogue was returned to this office, marked "no longer works at Santa Rosa CI", (copy attached). The summons for Beaudry was returned to this office, marked "no longer here at Santa Rosa CI (copy attached). The summons for Goldhagen was returned to this office, marked "no longer here at Santa Rosa CI (copy attached). The summons for Schwarz was returned to this office, marked no longer here at Santa Rosa CI (copy attached).

Our file will remain open pending further instructions from the Court.

Sincerely,

Don Ladner
U.S. MARSHAL

by: *Jenny Pallarico*
Jennifer Pallarico
Operations Support Specialist

FILED USDC FLND PN
JAN 8 '19 PM2:38

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| GERARD D JONES <br><br> *Plaintiff(s)* <br> v. <br> SCHWARZ ET AL <br><br> *Defendant(s)* | Civil Action No. 3:18cv00155-LC-EMT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OFFICER F D POGUE

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   GERRARD D JONES
503034
FLORIDA STATE PRISON
PO BOX 800
RAIFORD, FL 32083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS
*CLERK OF COURT*

Date: 11/29/2018                                         /s/ Monica Broussard
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18cv00155-LC-EMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because   No longer works at Santa Rosa CI   ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-20-18

_____
Server's signature

Christy Padgett Sergeant
Printed name and title

5850 East Milton Rd
Milton, FL 32583
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| GERARD D JONES <br><br> *Plaintiff(s)* <br> v. <br> SCHWARZ ET AL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:18cv00155-LC-EMT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OFFICER BEAUDRY

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   GERRARD D JONES
503034
FLORIDA STATE PRISON
PO BOX 800
RAIFORD, FL 32083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS
*CLERK OF COURT*

Date: 11/29/2018

/s/ Monica Broussard
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18cv00155-LC-EMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☑ I returned the summons unexecuted because  No longer here at Santa Rosa CI  ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12-2018

*Server's signature* — Cty Padgett

*Printed name and title* — Christy Padgett Sergeant

*Server's address* — 5850 East Milton Rd, Milton, FL 32583

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| GERARD D JONES<br><br>*Plaintiff(s)*<br>v.<br>SCHWARZ ET AL<br><br>*Defendant(s)* | Civil Action No. 3:18cv00155-LC-EMT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SERGEANT M. GOLDHAGEN

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  GERRARD D JONES
503034
FLORIDA STATE PRISON
PO BOX 800
RAIFORD, FL 32083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS
*CLERK OF COURT*

Date: 11/29/2018

/s/ Monica Broussard
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18cv00155-LC-EMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because No longer here at Santa Rosa CI ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-20-18

Chris Padgett
*Server's signature*

Christy Padgett sergeant
*Printed name and title*

5850 East Milton Rd
Milton, FL 32583
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| GERARD D JONES<br><br>*Plaintiff(s)*<br>v.<br>SCHWARZ ET AL<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:18cv00155-LC-EMT<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CAPTAIN SCHWARZ

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   GERRARD D JONES
503034
FLORIDA STATE PRISON
PO BOX 800
RAIFORD, FL 32083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS
*CLERK OF COURT*

Date:   11/29/2018

/s/ Monica Broussard
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18cv00155-LC-EMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because **No longer here at Santa Rosa CI** ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **12-20-18**

*Server's signature:* Christy Padgett

*Printed name and title:* **Christy Padgett Sergeant**

*Server's address:* **5850 East Milton Road, Milton, FL 32583**

Additional information regarding attempted service, etc: