IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERRARD D. JONES,
    Plaintiff,

vs.                                        Case No.: 3:18cv155/LAC/EMT

CAPTAIN SCHWARZ, et al.,
    Defendants.
_____/

**O R D E R**

This cause is before the court upon referral from the clerk. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action. On November 29, 2018, the court directed the United States Marshals Service (USMS) to effect service upon each Defendant by mailing the required documents to the special process server at Santa Rosa Correctional Institution (ECF No. 22). On January 8, 2019, the court was notified that efforts to serve Defendants Pogue, Beaudry, Goldhagen, and Schwarz were unsuccessful. Service of process was returned unexecuted as to these Defendants because they no longer work at Santa Rosa C.I. (*see* ECF No. 25). It is unlikely that Plaintiff, due to his incarceration, will be able to obtain information as to the whereabouts of these Defendants without engaging in discovery. Discovery, however, is premature. Therefore, the Department of Corrections will be required to either

appear for Defendants Pogue, Beaudry, Goldhagen, and Schwarz, or provide an address for each Defendant in confidence to the USMS.

Accordingly, it is **ORDERED**:

1. The clerk of court is directed to re-issue summonses for Defendants Pogue, Beaudry, Goldhagen, and Schwarz , indicating that each Defendant has sixty (60) days in which to file a response to the Fourth Amended Complaint.  The clerk must send the summons, a copy of this order, and four copies of the Fourth Amended Complaint (ECF No. 20) to Alexandria Walters Williams, Senior Attorney for the Department of Corrections, 501 South Calhoun St., Tallahassee, FL 32399-2500.

2. As to each of the Defendants identified above, the Office of the General Counsel for the Department of Corrections must do one of the following within **THIRTY (30) DAYS** from the date this order is entered on the docket:  (1)  inform the USMS (specifically, Jennifer Tallarico of the USMS office in Gainesville) in confidence of the last known address of the Defendant; (2) enter an appearance on behalf of the Defendant, or (3) advise the court that neither alternative is possible.  If a Defendant's address is provided to the USMS, the Assistant General Counsel shall file a notice with the court that this has been done.   In such event, the Assistant General Counsel shall also forward to the USMS the summons and a service copy of the Fourth Amended Complaint for that Defendant.  **The USMS must protect the**

**confidentiality of any address provided by the Department of Corrections as required by Florida law, and shall not disclose any such information on any document filed with the court.**

3. If the Assistant General Counsel provides the USMS with the last known addresses of any Defendant and notifies the court that this has been done, the court will issue further instructions for service of process.

**DONE AND ORDERED** this 10th day of January 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**