UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PEMSACOLA DIVISION

GERRARD D. JONES,

    Plaintiff,

v.                             Case No. 3:18-cv-155/LAC/MJF

CAPTAIN SCHWARZ, et al,

    Defendants.
_____/

## DEPARTMENT OF CORRECTIONS' NOTICE TO COURT REGARDING SERVICE OF PROCESS FOR DEFENDANTS[1]

The court's order dated January 10, 2019, directs the Department of Corrections within thirty (30) days of the January 10, 2019 order to inform the USMS in confidence of the last known addresses of Defendants Pogue, Beaudry, Goldhagen, and Schwarz, enter an appearance on behalf of the Defendants, or advise the court that neither alternative is possible. The Department advises the Court that Defendants Pogue, Beaudry, Goldhagen, and Schwarz last known addresses will be provided to the Court in confidence.

    Respectfully submitted,

                        /s/Gayla Grant
                        GAYLA GRANT
                        Assistant General Counsel
                        Florida Bar No. 122194
                        Department of Corrections
                        501 South Calhoun Street
                        Tallahassee, FL 32399-2500
                        (850) 717-9789 (Telephone)
                        (850) 922-4355 (Facsimile)
                        Gayla.Grant@fdc.myflorida.com

---

[1] The Department is filing this notice to respond to the court's order. The Department, by filing this notice, is not filing a notice of appearance on behalf of any Defendant.



1

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing **DEPARTMENT OF CORRECTIONS' NOTICE TO COURT REGARDING SERVICE OF PROCESS FOR DEFENDANTS** has been furnished by U. S. Mail to Gerrard D. Jones, DC# 503034, at Florida State Prison, PO Box 800, Raiford, Florida, 32083 this 17th day of January, 2019.

/s/Gayla Grant
GAYLA GRANT
Assistant General Counsel

OFFICE OF GENERAL COUNSEL
501 SOUTH CALHOUN STREET
TALLAHASSEE FL. 32399

U.S. POSTAGE >> PITNEY BOWES
ZIP 32399 $ 000.47
02 1W
0001401780 JAN 17 2019

RECEIVED JAN 22 2019

Clerk of the Court
U. S. District Court, Northern District
100 N. Palafox St.
Pensacola, FL 32502

32502$4839 C003