

**U.S. Department of Justice**

United States Marshals Service

*Northern District of Florida*

Don Ladner
U.S. Marshal

| 111 N. Adams Street | One North Palafox Street | 30 W. Government Street | 401 SE 1st Avenue |
| Tallahassee, FL 32301 | Pensacola, FL 32501 | Panama City, FL 32401 | Gainesville, FL 32601 |
| (850) 942-8400 | (850) 469-8270 | (850) 763-0771 | (352) 378-2082 |

April 29, 2019

Clerk, U.S. District Court
Northern District of Florida

Ref: Case Number    3:18cv155-LC-MJF
                              Gerrard D. Jones vs. Schwarz, et al

Per court order #38 dated 3/27/19 the U.S. Marshals Service mailed out the documents for defendants Pogue, Beaudry and Goldhagen on 3/28/19. As of this date I have not received the Waiver of the Service of Summons for any of these defendants.

Our file will remain open pending further instructions from the Court.

                                        Sincerely,

                                        Don Ladner
                                        U.S. MARSHAL

by: *[signature]*
           Jennifer Tallarico
           Operations Support Specialist

FILED USDC FLND GV
APR 29 '19 PM 12:44