UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERRARD D. JONES,

    Plaintiff,

v.                                          Case No. 3:18-cv-155-LC/MJF

SCHWARZ, et al.,

    Defendants.
_____/

## **ORDER**

This prisoner civil rights case is before the court on referral from the Clerk of Court. On November 29, 2018, the United States Marshals Service was directed to effect service on Defendants Sergeant Goldhagen, Officer Beaudry, and Officer Pogue by mailing the required documents to the special process server at Santa Rosa Correctional Institution. (Doc. 22). Service of process for these Defendants was returned unexecuted for the stated reason that they were no longer employed at Santa Rosa Correctional Institution. (Doc. 25). Pursuant to court order (Doc. 26), Assistant General Counsel for the Florida Department of Corrections notified the court that the last known address for Defendants Sergeant Goldhagen, Officer Beaudry, and Officer Pogue were submitted in confidence to the Marshals Service. (Doc. 29).

To avoid further delay and costs associated with personal service, the court directed the Marshals Service to attempt to obtain Defendant Goldhagen, Beaudry,

and Pogue's waivers of service. (Doc. 38). The Marshals Service mailed the waiver forms to Goldhagen, Beaudry, and Pogue on March 27, 2019. (Doc. 41). Defendants Goldhagen, Beaudry, and Pogue have not returned a waiver. (*Id.*).

Accordingly, it is **ORDERED**:

1. The Clerk of Court shall issue summons indicating that Defendants Sergeant Goldhagen, Officer Beaudry, and Officer Pogue have **TWENTY-ONE (21) DAYS** in which to file a responsive pleading. The Clerk shall send the summonses, three copies of this order, and three prepared service copies of Plaintiff's fourth amended complaint (Doc. 20) to the Marshals Service. Upon receipt of these materials, the United States Marshal shall attempt to personally serve Defendants Goldhagen, Beaudry, and Pogue according to Fed. R. Civ. P. 4(e), at the confidential addresses previously provided to the Marshals Service by the Assistant General Counsel for the Florida Department of Corrections. (*See* Doc. 30). The Marshals Service shall protect the confidentiality of Goldhagen, Beaudry, and Pogue's home addresses, as required by Florida law, and shall not disclose any such information on any document filed with the court. Upon completion of service, the Marshals Service shall file with the Clerk the return and a written statement of all costs incurred in making personal service.

2. If service on Defendants Goldhagen, Beaudry, or Pogue is returned unexecuted, the Clerk of Court shall promptly notify the undersigned.

3. Defendants Goldhagen, Beaudry, and Pogue have **TWENTY-ONE (21) DAYS** from the date of service to file a response to Plaintiff's fourth amended complaint.

4. Counsel for Defendants Goldhagen, Beaudry, and Pogue shall file a notice of appearance within **FIFTEEN (15) DAYS** of service.

**SO ORDERED** this 7th day of May 2019.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**