# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**GERRARD D. JONES**
**DOC # 503034**,

    Plaintiff,

v.                                           Case No. 3:18-cv-155-LAC-EMT

**SCHWARZ, ET AL.**,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that the undersigned counsel enters his appearance as counsel of record for **Wanda Beaudry** and **Eldridge Pogue**. Please send all future pleadings and correspondence in this case to the undersigned counsel's attention.

          Respectfully submitted,

          **ASHLEY MOODY**
          **ATTORNEY GENERAL**
          Office of the Attorney General
          The Capital, PL-01
          Tallahassee, Florida 32399-1050
          Telephone: (850) 414-3300
          Facsimile: (850) 488-4872

          /s Erik Kverne
          Erik Kverne
          Assistant Attorney General
          Florida Bar No. 99829
          Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance was e-filed electronically through CM/ECF on June 4, 2019, and furnished by U.S. Mail to: Gerrard D. Jones, DOC# 503034, Florida State Prison, P.O. Box 800, Raiford, Florida 32083, on June 4, 2019.

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829