**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**GERRARD D. JONES
DOC # 503034**,

      Plaintiff,

v.                                                              Case No. 3:18-cv-155-LAC-EMT

**SCHWARZ, ET AL.**,

      Defendants.

_____/

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that the undersigned counsel enters her appearance as counsel of record for **Captain Schwartz, Jacob Ryan Denmon, Mark J. Goldhagen, Wanda Beaudry, and Eldridge Pogue**. Please send all future pleadings and correspondence in this case to the undersigned counsel's attention.

                                        Respectfully submitted,

                                        **ASHLEY MOODY
ATTORNEY GENERAL**
                                        Office of the Attorney General
                                        The Capital, PL-01
                                        Tallahassee, Florida 32399-1050
                                        Telephone: (850) 414-3300
                                        Facsimile: (850) 488-4872

                                        /s Kristen J. Lonergan
                                        Kristen J. Lonergan
                                        Assistant Attorney General

1

Florida Bar No. 125556
kristen.lonergan@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance was e-filed electronically through CM/ECF on November 26, 2019, and furnished by U.S. Mail to: Gerrard D. Jones, DOC# 503034, Dade Correctional Institution, 19000 S.W. 377th Street, Florida City, Florida 33034-6409, on November 26, 2019.

/s Kristen J. Lonergan
Kristen J. Lonergan