

AG# L19-4-1031 Jones, Gerrard DC#503034

**RFP1 - Discovery Files**

**(Bate Stamp #s: RFP1-00001 to RFP1-02138MR)**

Gerrard Jones v. Capt. Schwarz, et al.

U.S. Northern Dist. - Crt. #3:18-cv-155-LAC-EMT



AG# L19-4-1031 Jones, Gerrard DC#503034

**RFP1 - H.H. & F.W. Videos**

**(UoF #15-19017, 8/18/2015)**

Gerrard Jones v. Capt. Schwarz, et al.

U.S. Northern Dist. - Crt. #3:18-cv-155-LAC-EMT