# Acknowledgement Form for
# GERRARD JONES, DC#503034

*******************************************

## I, GERRARD JONES, DC#503034
have been hand delivered TWO "CD-ROMS for Review" on _____ from Erik Kverne, Assistant Attorney General relating to case #3:18-cv-155-LAC-EMT (AG# L19-4-1031).

### "(2) CD – Roms"
Containing:
- Inmate Disciplinary Reports – Packet and DR Long Forms
- Grievances
- Appeals
- Medical Records
- IG Use of Force Report #15-19017
- IG Handheld and Fixed-Wing Videos (UoF #15-19017)

Signed Inmate: _[signature]_  503034   10-30-19

Signed Classification: _G. Sanchez, Classification Officer, DADE C.I._ [signature]

Dated: 10/30/2019