```
                   FLORIDA DEPARTMENT OF CORRECTIONS         01/15/2019
                          DISCIPLINARY REPORT                PAGE   1
                          LOG # 135-151303
--------------------------------------------------------------------------------
 DC#: 503034    INMATE NAME: JONES, GERRARD D.             INFRACTION
 VIOLATION CODE:  0910    TITLE: LYING TO STAFF            DATE: 08/18/2015
 FACILITY CODE:  135      NAME:  SANTA ROSA ANNEX          TIME: 07:00
--------------------------------------------------------------------------------
I.   STATEMENT OF FACTS:
          INMATE JONES, GERRARD DC#503034 IS BEING CHARGED WITH A
          VIOLATION OF F.A.C. CHAPTER 33-601.314 RULES OF PROHIBITED
          CONDUCT 9-10: LYING TO STAFF MEMBERS OR OTHERS IN OFFICIAL
          CAPACITY, OR FALSIFYING RECORDS. ON AUGUST 18, 2015, I WAS
          ASSIGNED AS THE SANTA ROSA CI ANNEX LIBRARY SUPERVISOR. AT
          APPROXIMATELY 7:00AM, TWO GRIEVANCES WERE RECEIVED FROM
          INMATE JONES WITH WRITTEN LIES STATING "SHE IS ALSO SENDING
          SECURITY STAFF IN INTIMIDATE ME FOR HER AND SAYING THEY WILL
          LOCK ME UP IF I GRIEVE THIS"; CAPTAIN HARRIS, OFFICER
          SIMMONS, OFFICER WALLACE AND OFFICER MCCLAIN TO THREATEN AND
          INTIMIDATE HIM ON BEHALF OF THE LAW LIBRARY SUPERVISOR.
          INMATE JONES HAS MADE ALLEGATIONS TOWARD THE LAW LIBRARY
          SUPERVISOR IN REFERENCE TO WITHHOLDING REQUESTS INMATE JONES
          HAS WRITTEN, REQUESTING LEGAL SERVICES FROM LAW CLERKS AND
          MATERIALS NEEDED THEREFORE FILING GRIEVANCES AND
          REAPPRAISALS AGAINST THE LAW LIBRARY SUPERVISOR.  ATTACHED
          IS ALL OF THE LIBRARY RECORDS OF SERVICES PROVIDED TO INMATE
          JONES WHILE HE WAS HOUSED IN J-DORM. THE SHIFT SUPERVISOR
          WAS NOTIFIED AND AUTHORIZED THIS REPORT. INMATE JONES WILL
          REMAIN IN ADMINISTRATIVE CONFINEMENT PENDING
          DISCIPLINARY TEAM ACTION.

  REPORT WRITTEN: 08/18/2015, AT 09:05   OFFICER:       - STRAIN, W.J.
  ASSIGNED AND APPROVED BY:         - SCHWARZ, JOHN E
--------------------------------------------------------------------------------
II.  INVESTIGATION:
       COMMENTS:
          INMATE JONES, GERRARD DC#503034 REFUSED TO PARTICIPATE IN
          PROVIDING A STATEMENT, WITNESSES OR EVIDENCE FOR THIS
          REPORT.
       WITNESSES:
          CAPTAIN D. HARRIS; OFFICER A. SIMMONS; OFFICER G. WALLIS AND
          OFFICER J. MCCLAIN
          INMATE OFFERED STAFF ASSISTANCE: DECLINED

  INVESTIGATION BEGUN:  08/18/2015, AT 15:00   OFFICER:       - MELANSON, H. A.
  INVESTIGATION ENDED:  08/24/2015, AT 08:52
--------------------------------------------------------------------------------
III. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 08/21/2015, AT: 09:00

                         DELIVERED BY :        - MELANSON, H. A.
--------------------------------------------------------------------------------
IV.  DESIGNATING AUTHORITY REVIEW    LEVEL: MAJOR     DATE: 08/24/2015

                                OFFICER:       - BROWN, P.J.
--------------------------------------------------------------------------------
```

```
                    FLORIDA DEPARTMENT OF CORRECTIONS            01/15/2019
                           DISCIPLINARY REPORT                   PAGE   2
                           LOG # 135-151303
--------------------------------------------------------------------------------
  DC#: 503034    INMATE NAME: JONES, GERRARD D.           INFRACTION
  VIOLATION CODE:  0910    TITLE: LYING TO STAFF          DATE: 08/18/2015
  FACILITY CODE:  135     NAME:  SANTA ROSA ANNEX         TIME: 07:00
--------------------------------------------------------------------------------
V.         TEAM   FINDINGS AND ACTION    DATE: 08/25/2015, AT: 09:10
           INMATE OFFERED STAFF ASSISTANCE: DECLINED
           INMATE PLEA: NOT GUILTY    FINDINGS: GUILTY
           INM PRESNT: Y    WAIVED 24 HR NOTICE: N
     POSTPONEMENT:
     BASIS FOR DECISION:
           BASED IN PART ON THE WRITTEN STATEMENT OF W. STRAIN, LIBRARY
           SUPERVISOR AT THE SANTA ROSA C.I. ANNEX AND CONFIRMED IN THE
           INVESTIGATION THAT INMATE JONES, GERRARD DC#503034 WAS
           GUILTY OF LYING TO STAFF, WHEN ON 08/18/15, AT APPROXIMATELY
           7:00 A.M., WHILE ASSIGNED AS THE SANTA ROSA CI ANNEX
           LIBRARY SUPERVISOR, MS. STRAIN WAS REVIEWING WRITTEN CLAIMS
           FROM INMATE JONES THAT MS. STRAIN WAS SENDING SECURITY STAFF
           TO INTIMIDATE INMATE JONES, TELLING HIM THEY WOULD LOCK HIM
           UP IF HE GRIEVED WHAT THEY WERE DOING. INMATE JONES CLAIMED
           THAT MS. STRAIN HAD CAPTAIN HARRIS, OFFICER SIMMONS,
           OFFICER WALLACE AND OFFICER MCCLAIN THREATEN INMATE JONES IN
           REFERENCE TO THE LIBRARY WITHHOLDING REQUESTS FROM HIM. MS.
           STRAIN PROVIDED ALL GRIEVANCES AND REQUEST FORMS AND
           RECORDS OF SERVICES TO COUNTER INMATE JONES' CLAIMS. INMATE
           JONES DID NOT PROVIDE ANY NEW WITNESSES OR EVIDENCE DURING
           THE HEARING BUT DID OFFER A VERBAL STATEMENT IN HIS DEFENSE.
           ALL WITNESS STATEMENTS WERE READ AND ALL EVIDENCE WAS
           REVIEWED AND CONSIDERED BY THE DISCIPLINARY TEAM.  A COPY OF
           THE TEAM'S FINDINGS WAS PROVIDED TO INMATE JONES AND HE WAS
           ADVISED HE HAS FIFTEEN DAYS TO APPEAL THE TEAM'S DECISION.

   ACTIONS TAKEN:
    LOSS OF GAIN TIME:        60; PROBATION DAYS SET:   0
    DISCIPLINARY CONFINEMENT: 60; PROBATION DAYS SET:   0 CONSECUTIVE
    ALTERNATIVE HOUSING:    0000;
                              0000                 000

    RESTITUTION:      $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

   TEAM CHAIRMAN:          - CALDWELL, R. F.
   TEAM MEMBERS:           - CONLEE, C. C.              -
--------------------------------------------------------------------------------
VI.  REVIEW AND FINAL ACTION: APPROVED
         WARDEN:         - COKER, JAMES G.       DATE: 08/31/2015
--------------------------------------------------------------------------------
VII. APPEAL PROCESS DISPOSITION: NO INSTITUTIONAL ACTION
         WARDEN:            -                    DATE: 00/00/0000
--------------------------------------------------------------------------------

     INFORMATIONAL NOTES:
        MAXIMUM GAIN TIME DAYS AVAILABLE TO BE TAKEN:      0 DAYS
--------------------------------------------------------------------------------
DC4-804
```