```
                    FLORIDA DEPARTMENT OF CORRECTIONS           01/15/2019
                            DISCIPLINARY REPORT                 PAGE   1
                            LOG # 135-151304
--------------------------------------------------------------------------------
  DC#: 503034    INMATE NAME: JONES, GERRARD D.            INFRACTION
  VIOLATION CODE:  0061   TITLE: DISOBEYING ORDER          DATE: 08/18/2015
  FACILITY CODE:  135    NAME:  SANTA ROSA ANNEX           TIME: 08:31
--------------------------------------------------------------------------------
I.   STATEMENT OF FACTS:
         INMATE JONES, GERRARD DC#503034 IS BEING CHARGED WITH A
         VIOLATION OF F.A.C. CHAPTER 33-601.314 RULES OF PROHIBITED
         CONDUCT: 6-1 DISOBEYING A VERBAL OR WRITTEN ORDER - ANY
         ORDER GIVEN TO AN INMATE OR INMATES BY A STAFF MEMBER OR
         OTHER AUTHORIZED PERSON. ON AUGUST 18, 2015, I WAS ASSIGNED
         AS AN INTERNAL SECURITY OFFICER. AT APPROXIMATELY 8:31AM, I
         WAS PRESENT IN FRONT OF CELL L4206, WHERE INMATE JONES IS
         ASSIGNED. AT THIS TIME, I GAVE INMATE JONES SEVERAL VERBAL
         ORDER TO SUBMIT TO RESTRAINTS SO HE COULD BE ESCORTED TO
         MEDICAL FOR A PRE-CONFINEMENT PHYSICAL DUE TO A PRIOR RULE
         VIOLATION. INMATE JONES REFUSED TO COMPLY. THE SHIFT
         SUPERVISOR WAS NOTIFIED AND AUTHORIZED THIS REPORT. INMATE
         JONES WAS PLACED IN ADMINISTRATIVE CONFINEMENT PENDING
         DISCIPLINARY TEAM ACTION.

    REPORT WRITTEN: 08/18/2015, AT 10:50   OFFICER:       - GOLDHAGEN,M.K.
    ASSIGNED AND APPROVED BY:       - SCHWARZ, JOHN E
--------------------------------------------------------------------------------
II.  INVESTIGATION:
     COMMENTS:
         INMATE JONES, GERRARD DC#503034 REFUSED TO PARTICIPATE IN
         PROVIDING A STATEMENT, WITNESSES OR EVIDENCE FOR THIS
         REPORT.
         INMATE OFFERED STAFF ASSISTANCE: DECLINED

   INVESTIGATION BEGUN:  08/18/2015, AT 15:00   OFFICER:       - MELANSON, H. A.
   INVESTIGATION ENDED:  08/21/2015, AT 09:00
--------------------------------------------------------------------------------

III. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 08/21/2015, AT: 09:05

                       DELIVERED BY :       - MELANSON, H. A.
--------------------------------------------------------------------------------
IV.  DESIGNATING AUTHORITY REVIEW    LEVEL: MAJOR    DATE: 08/24/2015

                           OFFICER:       - BROWN, P.J.
--------------------------------------------------------------------------------
V.         TEAM   FINDINGS AND ACTION   DATE: 08/25/2015, AT: 09:01
         INMATE OFFERED STAFF ASSISTANCE: DECLINED
         INMATE PLEA: NOT GUILTY   FINDINGS: GUILTY
         INM PRESNT: Y   WAIVED 24 HR NOTICE: N
     POSTPONEMENT:
     BASIS FOR DECISION:
         BASED IN PART ON THE WRITTEN STATEMENT OF SERGEANT M.
         GOLDHAGEN AND CONFIRMED IN THE INVESTIGATION THAT INMATE
         JONES, GERRARD DC#503034 WAS GUILTY OF DISOBEYING A VERBAL
         ORDER, WHEN ON 08/18/15, AT APPROXIMATELY 8:31 A.M., WHILE
         ASSIGNED AS THE INTERNAL SECURITY SUPERVISOR AT SANTA ROSA
         CI ANNEX, SGT. GOLDHAGEN WAS PRESENT AT CELL L4206, WHEN HE
         ISSUED AN ORDER FOR INMATE JONES TO SUBMIT TO RESTRAINTS TO
         BE ESCORTED TO MEDICAL. INMATE JONES REFUSED THE ORDER TO
         SUBMIT TO RESTRAINTS.  INMATE JONES DID NOT PROVIDE ANY NEW
         WITNESSES OR EVIDENCE DURING THE HEARING BUT DID OFFER A
         VERBAL STATEMENT IN HIS DEFENSE. ALL WITNESS STATEMENTS WERE
         READ AND ALL EVIDENCE WAS REVIEWED AND CONSIDERED BY THE
         DISCIPLINARY TEAM.  A COPY OF THE TEAM'S FINDINGS WAS
         PROVIDED TO INMATE JONES AND HE WAS ADVISED HE HAS FIFTEEN
         DAYS TO APPEAL THE TEAM'S DECISION.
```

```
                 FLORIDA DEPARTMENT OF CORRECTIONS            01/15/2019
                        DISCIPLINARY REPORT                   PAGE   2
                        LOG # 135-151304
--------------------------------------------------------------------------------
 DC#: 503034    INMATE NAME: JONES, GERRARD D.              INFRACTION
 VIOLATION CODE:  0061    TITLE: DISOBEYING ORDER           DATE: 08/18/2015
 FACILITY CODE:  135     NAME:  SANTA ROSA ANNEX            TIME: 08:31
--------------------------------------------------------------------------------

 ACTIONS TAKEN:
  LOSS OF GAIN TIME:         0000; PROBATION DAYS SET: 000
  DISCIPLINARY CONFINEMENT:   30; PROBATION DAYS SET:   0 CONSECUTIVE
  ALTERNATIVE HOUSING:      0000;
                            0000                       000

  RESTITUTION:       $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

  TEAM CHAIRMAN:         - CALDWELL, R. F.
  TEAM MEMBERS:          - CONLEE, C. C.              -
--------------------------------------------------------------------------------
VI.  REVIEW AND FINAL ACTION: APPROVED
          WARDEN:        - COKER, JAMES G.     DATE: 08/31/2015
--------------------------------------------------------------------------------
VII. APPEAL PROCESS DISPOSITION: NO INSTITUTIONAL ACTION
          WARDEN:         -                    DATE: 00/00/0000
--------------------------------------------------------------------------------

     INFORMATIONAL NOTES:
         MAXIMUM GAIN TIME DAYS AVAILABLE TO BE TAKEN:     0 DAYS
--------------------------------------------------------------------------------
DC4-804
```