```
                    FLORIDA DEPARTMENT OF CORRECTIONS           01/15/2019
                           DISCIPLINARY REPORT                  PAGE   1
                           LOG # 135-151305
--------------------------------------------------------------------------------
  DC#: 503034    INMATE NAME: JONES, GERRARD D.           INFRACTION
  VIOLATION CODE:  0115    TITLE: BATTERY/ATT/CO          DATE: 08/18/2015
  FACILITY CODE:  135      NAME:  SANTA ROSA ANNEX        TIME: 08:39
--------------------------------------------------------------------------------
I.  STATEMENT OF FACTS:
          INMATE JONES, GERRARD DC#503034 IS BEING CHARGED WITH A
          VIOLATION OF F.A.C. CHAPTER 33-601.314 RULES OF PROHIBITED
          CONDUCT: 1-15 BATTERY OR ATTEMPTED BATTERY ON A CORRECTIONAL
          OFFICER. ON AUGUST 18, 2015, I WAS ASSIGNED AS INTERNAL
          SECURITY OFFICER. AT APPROXIMATELY 8:39AM, INMATE JONES, WHO
          WAS PRESENT IN HIS ASSIGNED CELL, L4206, WAS GIVEN ORDERS
          TO SUBMIT TO RESTRAINTS SO HE COULD BE ESCORTED TO MEDICAL
          FOR A PRE-CONFINEMENT PHYSICAL DUE TO A PRIOR RULE
          VIOLATION. AFTER SEVERAL MINUTES AND MORE ORDERS, INMATE
          JONES STATED, "OK, I'LL CUFF UP." CAPTAIN J. SCHWARZ THEN
          INSTRUCTED OFFICER DENMON, OFFICER POGUE, OFFICER BEAUDRY
          AND MYSELF TO ENTER THE CELL AND PLACE INMATE JONES IN
          RESTRAINTS. UPON ENTERING THE CELL, INMATE JONES STATED,
          "LET'S GO MOTHERFUCKERS" AND ATTEMPTED TO STRIKE ME WITH A
          CLOSED FIST TO THE FACIAL AREA. IT THEN BECAME NECESSARY TO
          UTILIZE REACTIONARY PHYSICAL FORCE TO DEFEND MYSELF AGAINST
          INMATE JONES' ACTIONS THAT WERE LIKELY TO CAUSE INJURY TO
          ME. THE SHIFT SUPERVISOR WAS NOTIFIED AND AUTHORIZED THIS
          REPORT. INMATE JONES WILL REMAIN IN ADMINISTRATIVE
          CONFINEMENT PENDING DISCIPLINARY TEAM ACTION.

   REPORT WRITTEN: 08/18/2015, AT 12:00    OFFICER:        - GOLDHAGEN,M.K.
   ASSIGNED AND APPROVED BY:         - SCHWARZ, JOHN E
--------------------------------------------------------------------------------
II.  INVESTIGATION:
      COMMENTS:
          INMATE JONES, GERRARD DC#503034 REFUSED TO PARTICIPATE IN
          PROVIDING A STATEMENT, WITNESSES OR EVIDENCE FOR THIS
          REPORT.
      WITNESSES:
          CAPTAIN J. SCHWARZ; OFFICER J. DENMON; OFFICER E. POGUE AND
          OFFICER J. BEAUDRY
          INMATE OFFERED STAFF ASSISTANCE: DECLINED

   INVESTIGATION BEGUN:  08/18/2015, AT 15:00    OFFICER:       - MELANSON, H. A.
   INVESTIGATION ENDED:  08/24/2015, AT 08:56
--------------------------------------------------------------------------------
III. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 08/21/2015, AT: 09:10

                        DELIVERED BY :       - MELANSON, H. A.
--------------------------------------------------------------------------------
IV.  DESIGNATING AUTHORITY REVIEW    LEVEL: MAJOR    DATE: 08/24/2015

                              OFFICER:       - BROWN, P.J.
--------------------------------------------------------------------------------
V.        TEAM    FINDINGS AND ACTION    DATE: 08/25/2015, AT: 08:58
          INMATE OFFERED STAFF ASSISTANCE: DECLINED
          INMATE PLEA: NOT GUILTY    FINDINGS: GUILTY
          INM PRESNT: Y   WAIVED 24 HR NOTICE: N
```

```
                    FLORIDA DEPARTMENT OF CORRECTIONS              01/15/2019
                          DISCIPLINARY REPORT                      PAGE   2
                          LOG # 135-151305
--------------------------------------------------------------------------------
 DC#: 503034    INMATE NAME: JONES, GERRARD D.              INFRACTION
 VIOLATION CODE:   0115    TITLE: BATTERY/ATT/CO            DATE: 08/18/2015
 FACILITY CODE: 135     NAME:  SANTA ROSA ANNEX             TIME: 08:39
--------------------------------------------------------------------------------
     POSTPONEMENT:
     BASIS FOR DECISION:
         BASED IN PART ON THE WRITTEN STATEMENT OF SERGEANT M.
         GOLDHAGEN AND CONFIRMED IN THE INVESTIGATION THAT INMATE
         JONES, GERRARD DC#503034 WAS GUILTY OF BATTERY OR ATTEMPTED
         BATTERY ON AN OFFICER, WHEN ON 08/18/15, AT APPROXIMATELY
         8:39 A.M., WHILE ASSIGNED AS THE INTERNAL SECURITY
         SUPERVISOR AT SANTA ROSA CI ANNEX, SGT. GOLDHAGEN WAS
         PRESENT AT CELL L4206, WHEN INMATE JONES WAS GIVEN ORDERS TO
         SUBMIT TO RESTRAINTS TO BE ESCORTED TO MEDICAL. AFTER
         SEVERAL ORDERS, INMATE JONES STATED THAT HE WOULD COMPLY.
         CAPTAIN SCHWARZ, WHO WAS PRESENT, INSTRUCTED OFFICER J
         DENMON, OFFICER POGUE, OFFICER BEAUDRY AND SGT.  GOLDHAGEN
         TO ENTER THE CELL AND PLACE INMATE JONES IN RESTRAINTS.
         INMATE JONES AT THIS TIME STATED "LET'S GO, MOTHER FUCKERS"
         AND ATTEMPTED TO STRIKE SGT. GOLDHAGEN WITH A CLOSED FIST TO
         THE FACIAL AREA. IT BECAME NECESSARY FOR SGT. GOLDHAGEN TO
         USE REACTIONARY FORCE TO DEFEND HIMSELF. INMATE JONES DID
         NOT PROVIDE ANY NEW WITNESSES OR EVIDENCE DURING THE HEARING
         BUT DID OFFER A VERBAL STATEMENT IN HIS DEFENSE. ALL
         WITNESS STATEMENTS WERE READ AND ALL EVIDENCE WAS REVIEWED
         AND CONSIDERED BY THE DISCIPLINARY TEAM.  A COPY OF THE
         TEAM'S FINDINGS WAS PROVIDED TO INMATE JONES AND HE WAS
         ADVISED HE HAS FIFTEEN DAYS TO APPEAL THE TEAM'S DECISION.


     ACTIONS TAKEN:
      LOSS OF GAIN TIME:         364; PROBATION DAYS SET:   0
      DISCIPLINARY CONFINEMENT:   60; PROBATION DAYS SET:   0 CONSECUTIVE
      ALTERNATIVE HOUSING:     0000;
                               0000                     000

      RESTITUTION:       $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

      TEAM CHAIRMAN:          - CALDWELL, R. F.
      TEAM MEMBERS:           - CONLEE, C. C.              -
--------------------------------------------------------------------------------
VI.  REVIEW AND FINAL ACTION: APPROVED
         WARDEN:        - COKER, JAMES G.      DATE: 08/27/2015
--------------------------------------------------------------------------------
VII. APPEAL PROCESS DISPOSITION: NO INSTITUTIONAL ACTION
         WARDEN:             -                   DATE: 00/00/0000
--------------------------------------------------------------------------------

     INFORMATIONAL NOTES:
        MAXIMUM GAIN TIME DAYS AVAILABLE TO BE TAKEN:       0 DAYS
--------------------------------------------------------------------------------
DC4-804
```