IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GERRARD D. JONES**
**DOC # 503034,**

      Plaintiff,

v.                                     Case No. 3:18-cv-155-LAC-MJF

**SCHWARZ, ET AL.,**

      Defendants.
_____/

## DECLARATION OF KELLIE CASWELL, RN, BSN

     I, **Kellie Caswell, RN, BSN**, pursuant to 28 U.S.C. § 1746, make this declaration under penalty of perjury, declare that the statements made below are true and state:

     1. My name is Kellie Caswell and I am in the employment of the Florida Department of Corrections ("FDC") as a Legal Nurse Consultant for the Office of Health Services. I have been a Registered Nurse since 2000 and obtained my Bachelor of Science in Nursing degree in 1999. I have been the Legal Nurse Consultant for the Florida Department of Corrections since October 2019. Prior to that I was a Registered Nurse Consultant for the Department of Financial Services, a Registered Nurse Consultant with the Agency for Health Care Administration, and have worked in the private sector.

     2. As part of my regular duties I am an employee familiar with the manner and process in which inmate medical records are created and maintained by virtue of my duties and responsibilities.

     3. I was asked by the Office of the Attorney General to review the Plaintiff's, Gerrard Jones's, medical records maintained by FDC and provide a review of the medical documents as they relate to Plaintiff's allegations.

     4. The related documents referenced in this report are attached to this declaration and are true and correct copies of documents contained in the official records of the FDC.

     5. These documents were made at or near the time of the occurrences of the matters set forth by, or from information transmitted by, people with knowledge of those matters.

     6. These documents are kept in the course of regularly conducted business activity within the medical file of Gerrard Jones.

1

7.     It is the regular practice of the FDC to make, keep, and maintain these medical records during the course of regularly conducted business.

8.     I have read the complaint in this case and am aware that the patient has alleged that he suffered various injuries due to a use of force and alleged physical abuse in the morning of August 18, 2015.

9.     According to patient's medical records provided to me for review, the patient was seen immediately after the incident of August 18, 2015 for a post-use of force examination. See Attachment at 1-2. Patient's vital signs were within normal limits with the exception of his pulse and blood pressure being slightly elevated. Id. Patient was ambulatory when he arrived. He was alert to time, place, person, and situation and was answering questions verbally. Patient complained of pain in his hands, and so his hands were examined. The results of that examination determined that his hands were not deformed and that his hands had no redness or swelling. A capillary refill test was done and was within normal limits. Overall, patient's medical records demonstrate that he had no injuries at that time. Patient's medical records do not support his allegations that he had a "popped blood vessel", a broken bone in his right hand, nerve damage in his right hand or wrist, or any other injury to his hands at that time. Id.
Patients lungs also were examined and sounded clear with his respirations at 16, within normal limits. Patient expressed no other injuries at that time. Id. Accordingly, the patient's medical records do not support his allegation that he was struck with handcuffs or blocked a strike with handcuffs during the preceding use of force. Patient's medical records also do not support his allegation that he was choked to the point of being unable to breathe or to the point of losing consciousness during the preceding incident. Patient's medical records also do not support his allegation that he was bent backwards on the floor of his cell as if to be "hogtied" from his neck to his ankles, and patient made no such allegation of injury during the post use of force examination. Id. Additionally, patient's medical records do not support his allegation that his underwear were pulled up and something pushed into his rectum which cut his left buttock during the preceding incident, nor did patient make any such allegation during the post use of force examination. Id. Finally, patient's medical records do not support his allegation that his wrists and feet/ankles were pushed backwards causing his bones to "pop", or that patient made any such allegation to medical staff during that examination. Id.

10.    Patient was seen again on August 21, 2015 for an Alleged Sexual Battery Protocol following patient raising allegations that an officer stuck a sharp item into his buttock on August 18, 2015 and that his buttock was bleeding. See Attachment at 3-4. Patient alleged that his buttock was bleeding, however an examination showed that there was no blood visible on patient's pants at the time and no injury to that area was noted. Patient reported that his pain was a one on a scale of one to ten and was alert and oriented. Id. Patient was instructed to return to Medical at the onset of any new symptoms. Id. Also during that examination which occurred three days following the incident, patient's hands and fingers were noted as swollen for the first time. See Attachment at 5. Patient reported that injury to have occurred on August 18, 2015. Id.

11.    On August 24, 2015, patient was seen for a sick call regarding allegations of rectal bleeding. See Attachment at 6. It was noted that patient was alert and oriented and that his vital signs were stable. Id. An examination was conducted that found no internal or external

2

hemorrhoids, no active bleeding was found, and there was no blood stain in patient's underwear. Id. Patient was educated to increase his water intake, exercise, eat more fiber, and to return to the clinic as needed. Id.

12. On August 26, 2015, patient was examined for complaints of left shoulder pain, bilateral hand/wrist pain and rectal bleeding. See Attachment at 7. The ARNP documented that patient had a flat affect, poor eye contact, and was verbalizing delusional thoughts that an object was stuck up his butt. Id. The examination showed mild crepitus to the left shoulder, but a range of movement exam was difficult due to hand restraints. Id. It was documented that patient had swollen joints in his hands. A rectal examination revealed no evidence of trauma, no hemorrhoids, no mass, and no fissure. A test for blood in patient's stool (hemoccult) was negative, and patient was given three additional hemoccult cards to return. Id.

13. Regarding the mild crepitus to the left shoulder that was detected during the August 26, 2015 examination, such is consistent with patient's history of shoulder dislocations in the remote past and the findings of mild osteoarthritis of the glenohumeral joint and acromioclavicular joint which pre-dated the incident of August 18, 2015. See Attachment at 8. An x-ray taken after the incident of patient's was consistent with those pre-existing issues and found "no fracture, dislocation, or subluxation." See Attachment at 9. Patient's medical records do not support his allegation that his injury was exacerbated or worsened following the use of force on August 18, 2015. Id.

14. Finally, as to the post use of force examination on August 18, 2015, the patient's medical records do not support his allegation that medical staff were instructed to "do the minimum" during that examination, nor is there any support for the allegation that medical staff did any not do a full and proper examination at that time. The proper forms were completed, patient's reports of pain in his hands was documented, and the results of an examination of patient's hands was documented. Id.

15. The foregoing facts are known by me to be true and correct based upon my review of the record. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.

_Kellie Caswell, RN, BSN_             03/09/2020
**KELLIE CASWELL, RN, BSN**            Date
**Declarant**

FLORIDA DEPARTMENT OF CORRECTIONS
**EMERGENCY ROOM RECORD**

Check all that apply: [✓] Inmate  [ ] Employee  [ ] Visitor
[✓] Post-Use-of-Force Exam  [ ] Injury  [ ] Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstances. Injuries shall be documented on the DC4-708, Diagram of Injury. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

Time of occurrence: 0845
Time of exam: 0850
Description of occurrence: Post use of Physical Force

Post Use of Chemical Agent Instructions: Shower without soap? [✓] N/A  [ ] Yes  [ ] Refused → [ ] educated on importance of showering
[ ] Report any difficulty breathing  [ ] Remain in upright position  [ ] Do Not apply lotion to the skin  [ ] Splash cool water to eyes 5-10 minutes

Vital Signs: Temperature 98  Pulse 112  Respiration 16  O2 Sat 97 %  Blood Pressure 130/70

Arrived via: [✓] Ambulatory  [ ] Stretcher  [ ] Wheelchair  [ ] Other:

Condition on arrival (check all that apply): [✓] Alert  [ ] Oriented x 4 (person, place, time, situation)  [✓] Responding to questions verbally
[ ] Other (requires description in examinations summary)
[✓] C/O pain? If checked, where? Hands

Examination summary:
I/M lung sounds clear, No injuries noted at current time, I/M hands are not deformed, no redness no swelling Cap refill less than 5 seconds

Physician notified? [✓] No  [ ] Yes  Name: _____  Time: _____
Treatment provided? [✓] No  [ ] Yes  If yes, describe: _____

L. BROWN
MEDICAL DIRECTOR
SANTA ROSA CI
ANNEX / WORK CAMP

Response to Treatment: N/A

08-18-15

Disposition: [ ] Population  [✓] Confinement  [ ] Infirmary  [ ] Hospital  [ ] Rescue  [ ] Other (explain):

Discharge Instructions and Education:
F/U as needed with sick call

Health Care Provider's Signature and Stamp: _____  Date/Time: 8/18/15
Reviewing Physician's Signature and Stamp: _____  Date/Time: _____

Name
DC#  Jones, Gerrard
Date of B  DC# 503034 B/M
Institutio  DOB ███

Inmate Distribution:
White—Health Record
Canary—Inspector General
Pink—Local Requirements

Employee Distribution:
White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.        Attachment 001

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence __8/18/15__   Time of occurrence __0845__
Date injury assessed by medical __8/18/15__   Time injury assessed by medical __0845 0850__

☑ No injury identified

Description of injury __No injuries noted or expressed__

Staff Signature: L Douglas LPN SARC

Inmate Name __Jones, J.G.__
DC# __503031__   Race/Sex __B/M__
Date of Birth __[redacted]__
Institution __135__

L. BROWN
MEDICAL DIRECTOR
SANTA ROSA CI
ANNEX / WORK CAMP

08 18 15

This form is not to be amended, revised, or altered without approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
ALLEGED SEXUAL BATTERY PROTOCOL

**SUBJECTIVE:** Date: 8/21/15  Time: 0929  Age: 55  ☐ Sick Call  ☒ EMID
Allergies: ___
Current Medications: Paxil 20mg, Vistaril 150mg QPM
Medical Hx: Anxiety
Chief Complaint: ___
Date and time of alleged sexual battery: 8/18/15 = 0845  Greater than 48 hours ago? ☐ No ☒ Yes
Brief description of the incident: I/M states that while he was being cuffed that an officer stuck a sharp item into his butt on 8/18/15 and it is bleeding.
Patient has: ☐ Changed clothes ☐ Bathed/showered ☒ Douched ☒ Urinated ☒ Ingested food/drink
☐ N/A since alleged battery.
Additional complaints/injuries:
Pain level: ☐0 ☒1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10   Last Tetanus toxoid: ___
N/A Females: LMP: Dull Pain   On birth control: ☒ N/A ☐ No ☐ Yes

**OBJECTIVE:** Temp: 98.6  Pulse: 103  Resp: 16  Blood Pressure: 133/90  O2 sat: 98%  Weight: 230
Blood sugar, if diabetic: N/A
Mentation: ☒ Alert and orientated # of times ___ ☐ Confused ☐ Lethargic ☐ Agitated ☐ Teary/Crying ☐ Non-verbal
☐ Life-threatening injuries (use appropriate Nursing Protocol): ___
☒ Non-life-threatening injuries noted: ___

Other comments: I/M states that "My butt is bleeding" no blood seen in I/M pants at current time

**REFERRAL ALWAYS REQUIRED**
Clinician notified: ___  Time: ___

**PLAN**
☐ Assess inmate for any life-threatening condition/injuries, notify clinician immediately, and treat accordingly. Use appropriate Nursing Protocol form.
Leave all other injuries untreated for possible forensic evidence collection and photos unless the injuries are such that failure to treat them would cause deterioration of the inmate's medical condition.
☐ If nursing staff member is the first to be told about incident, Shift Supervisor (security) or OIC (Office in charge) will be notified immediately per "Prison Rape: Prevention, Detection, and Response," Procedure 602.053.
☐ If the alleged sexual battery occurred greater than 48 hours prior to the inmate reporting it, contact the OIG (Office of the Inspector General) before you start collecting evidence. Staff from the OIG will interview the inmate to determine whether collection of evidence is indicated.
☐ Inmate notified not to wash themselves (including their hands) or their clothing/bedding until instructed otherwise. Bloody hands can be paper bagged - don't cover hands with rubber gloves or plastic garbage bags!
☐ Instruct inmate not to eat or drink anything if assault just occurred and they were made to perform oral sex.
☐ Request female inmates not to urinate, if at all possible, until rape kit swabs have been obtained.

INMATE NAME: Jones, Gerrard
DC#: 502034  RACE: B  SEX: M
DATE OF BIRTH: ___
INSTITUTION: ___  135

DC4-683M (Revised 1/28/14)
This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

L. BROWN
MEDICAL DIRECTOR
SANTA ROSA CI
ANNEX / WORK CAMP
08-24-15

DOUGLAS, LPN
SANTA ROSA CI / ANNEX
SIGNATURE AND STAMP/ PRINT

Page 1 of 2

Attachment 003

ORIDA DEPARTMENT OF CORRECTI_
OFFICE OF HEALTH SERVICES
ALLEGED SEXUAL BATTERY PROTOCOL

- ☐ Collect clothing as instructed in Procedure 602.053 (Section 5).
- ☐ In Region 1, Office of the Inspector General will determine if the SART should be activated (via Security). In Regions II and III, obtain a clinician's order to transport the inmate to the emergency room as soon as possible.
- ☐ Complete "Consent and Authorization for Use and Disclosure Inspection and Release of Confidential Information," DC4-711B per "Post Sexual Battery Medical Action," HSB 15.03.36.
- ☐ Obtain PREA (Prison Rape Elimination Act) number from the OIC. The PREA number is required to enter the Encounter Form into OBIS (Offender Based Information System).
- ☐ A copy of the sexual battery medical screening report (from the SA kit) should be obtained from the Emergency Department when they've finished with the patient.
- ☐ After care has been completed by an outside emergency department or by SART at the institution, make a mental health referral via "Staff Request/Referral," DC4-529, for the next day.
- ☐ If alleged perpetrator is known, obtain order from clinician: _____, for the perpetrator to be tested for the following: HIV (with counseling), hepatitis B, hepatitis C, syphilis, gonorrhea, and chlamydia.
- ☐ Upon return to the institution, review medical record to ascertain which of the following lab tests were performed in the emergency room:
    - ☐ HIV        ☐ Syphilis
    - ☐ Hepatitis B    ☐ Gonorrhea
    - ☐ Hepatitis C    ☐ Chlamydia
    
    If any of the above tests weren't performed, get an order from the clinician to obtain them unless results are already known (e.g., inmate is +HIV, inmate or perpetrator has +hepatitis B titer, etc.).
- ☐ T-Dap* 0.5cc IM or Td 0.5cc IM for open wounds as prescribed by clinician.
- ☐ Prophylaxis medications given at CI per clinician's orders OR inmate received prophylaxis medication at the emergency room for: (See "Post Sexual Battery Medical Action," HSB 15.03.36 for reference)
    - ☐ HIV → Rx: _____     ☐ N/A
    - ☐ Hepatitis B → Rx: _____   ☐ N/A
    - ☐ Gonorrhea and Chlamydia → Rx: _____
    - ☐ Syphilis → Rx: _____
    - ☐ Emergency Contraception → OTC: _____  ☐ N/A
- ☐ When the inmate returns to the institution, medical staff will make a mental health referral for evaluation and counseling for the next working day.

* If inmate has no record or history of receiving the Tdap vaccine (vaccine released in 2005), then Tdap should be given. If inmate has a history of receiving the Tdap vaccine, then give the Td vaccine. At this time, Tdap is licensed for only one lifetime dose per person.

**EDUCATION**

- ☐ Inmate instructed on the reason for transfer to an emergency room.
- ☐ Inmate educated on the types of STD tests that were done.
- ☐ Inmate educated on symptoms to watch for with the above listed STDs.
- ☐ Inmate instructed on the need for repeat lab work (determined by what prophylaxis Rx was given).
    - ☐ At 4 weeks, 3 months, and 1 year:  ☐ HIV  ☐ Hepatitis B  ☐ Hepatitis C
    - ☐ At 3 months:  ☐ Syphilis
    - ☐ At 2 weeks:  ☐ Gonorrhea  ☐ Chlamydia
- ☐ Inmate instructed to take all medication/s until prescription/s is completely gone.
- ☐ Inmate instructed to keep all medical and behavioral health follow-up appointments.
- ☑ Inmate advised to return to Medical for onset of new symptoms or to Mental Health for counseling as needed.
- ☐ Other: _____

INMATE NAME: Jones, Gerrard
DC#: 503034   RACE: ___   SEX: M
DATE OF BIRTH: [redacted]
INSTITUTION: 135

SIGNATURE AND STAMP/PRINT: L. DOUGLAS, LPN
SANTA ROSA CI / ANNEX

DC4-683M (Revised 1/28/14)                                    Page 2 of 2
This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

Attachment 004

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence __8/18/15 Per I/M__  Time of occurrence __≈ 0845 Per I/M__
Date injury assessed by medical __8/21/15__  Time injury assessed by medical __0950__

☐ No injury identified

Description of injury __I/M hands and fingers are swollen__

_____
_____
_____
_____

Staff Signature: [signature]
L. DOUGLAS, LPN
SANTA ROSA CI / ANNEX

[signature]
L. BROWN
MEDICAL DIRECTOR
SANTA ROSA CI
ANNEX / WORK CAMP
08-24-15

Inmate N:
DC#
Date of B
Institutio
Jones, Gerrard
DC# 503034
DOB [redacted]

DC4-708 (Revised 10/07)

This form is not to be amended, revised, or altered without approval by the Office of Health Services- Administration

Incorporated by Reference in Rule 33-602.210, F.A.C.

Attachment 005

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** Pollen, Dust, NKDA

| DATE/TIME | |
|---|---|
| 8/04/15 1100 | IN: Sick call T: 98 P: 80 R: 16 BP: 130/80 WT: 219 O₂-96% |
| | (S) I/M states rectal bleeding |
| | (O) A&O x3, VS ⊖ int/ext hemorrhoid noted, actively bleeding, noted. ⊕ blood stain on underwear |
| | (A) Alt in comfort R/T hemorrhoid |
| | (P) ↑ H₂O intake, exercise; eat more fiber, RTC PRN |

Jones, Gerrard
DC# 503034 B/M
DOB [redacted]

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 8/26/15 1400 | IN: SCRL (L) shoulder pain, bilateral hands/wrist pain and rectal bleeding |
| T 98.3 P 70 R 18 BP 144/88 WT 226 O2 97% | S: "on the 18th officers had me cuffed, they bent my fingers and wrists, hurt my (L) shoulder and neck and there is blood in my stool, there are cuts back there, they stuck something in my butt." O: Inmate with flat affect, poor eye contact, verbalizing delusional thoughts that an object was stuck up his butt. Had a use of force on 8/18/15 and this is when he said an officer bent his fingers and wrists backwards, and stuck an object in his rectum, resulting in rectal bleeding. On exam mild crepitus (L) shoulder, ROM exam difficult due to being cuffed, hands do have swollen joints, especially (R) ring finger, pain to (R) ring finger, (R) pinky and (L) index fingers. Rectal exam - no evidence of trauma, no hemorrhoids, no mass, no fissure, prostate not felt, hemoccult negative. A: Pain from recent use of force, anxiety, delusional P: Xray (R)(L) fingers hemoccult cards x 3 Ibuprofen for pain PRN    Sheila Szalai NP |

Jones, Gerrard
DC# 503034 B/M
DOB [redacted]

S- Subjective Data   Sheila Szalai ARNP
O- Objective Data   SARCI Annex
A- Assessment of S and O Data
P- Plan
E- Education

## FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

| Type of Service: Orthopedic Consult | FROM Institution: SARCI Annex | DATE OF REQUEST: 12-24-2014 |
|---|---|---|
| Reason(s) for consultation:<br>Evaluate and recommend diagnostic plan ___<br>Evaluate and recommend treatment plan X<br>Other (specify): ___ | Acuity of consultation:<br>Emergency ___<br>Urgent ___<br>Routine   X | DATE APPOINTMENT MADE:<br><br>Staff Signature: osryloo 12-24-14 dch RO<br>APPOINTMENT DATE: |

Visit Type - Initial X   Follow-up ☐
Follow-up consults require justification

Condition is (check one):   ☐ Acute Trauma          ☐ Acute Illness          X Chronic

**History of present illness (include onset, presentation, progress, therapy):**
Inmate is a 54 year old black male seen for complaints of previous left shoulder injury with severe pain with ROM; he is currently wearing the arm in a sling and has passes for lifting restrictions. Inmate did state that he has had problems with dislocation of the left shoulder in the remote past.

**Physical findings:**
Joint without redness or swelling, able to move the shoulder a bit, but complains of severe pain. Limited ability for PROM due to reports of severe pain.

**Diagnostic findings (explain laboratory, x-ray, or other test findings):**
X-ray of the left shoulder done on 10/14/2014 shows mild osteoarthritis of the glenohumeral joint & acromioclavicular joint. There is a lateral down sloping of the acromion. All cortical margins are intact and soft tissue planes or normal. This is an anatomic variant which can predispose to rotator cuff pathology.

**Other pertinent information:**
Cannot determine rotator cuff pathology without further testing

**Provisional diagnosis:**
Left shoulder osteoarthritis with moderate to severe pain with mobility, can't rule out rotator cuff injury

Health Care Provider Signature/Stamp: _Sheila Szalai NP_       Shella Szalal ARNP
                                                                SARCI Annex

CHO/Designee Approval Signature/Stamp: _____       **S.A SCHWARTZ, MD**
                                                                 **SANTA ROSA C.I / ANNEX**

### AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _Gerrard J. Jones_                        Date: 12-24-14

Signature of Witness: _R. Rider_                                Date: 12-24-14
                              R. RIDER, RN
                              SANTA ROSA CI / ANNEX

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name: Jones, Gerrard
DC#: 503034    Race/Sex: B/M
Date of Birth: [redacted]
Santa Rosa Annex
EOS DATE: _____
DC4-702 (Revised 8/8/13) Page 1 of 2
This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

Attachment 008



**TECH CARE X-RAY**

RECEIVED
NOV 0 4 2015
RMC RADIOLOGY

106 West 5th Ave
Tallahassee, FL 32303
www.techcarexray.com

## RADIOLOGY REPORT

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | GARRARD D JONES | **PATIENT ID:** | 503034 |
| **FACILITY:** | Reception and Medical Center Hospital | **DATE OF BIRTH:** | |
| **REFERRING PHYSICIAN:** | SANTIAGO MD, JUA | **DATE OF SERVICE:** | 11/03/2015 |
| **EXAMINATION:** | SHOULDER | | |
| **REASON for EXAM:** | PAINFUL C/O HX OF TRAUMA | | |

**Exam: RADIOGRAPH OF THE LEFT SHOULDER**

**Technique:** AP internal and external rotation views of the left shoulder are submitted.

**Prior studies:** No prior studies are submitted. Multiple same day studies.

**Findings:** Multiple views of the left shoulder demonstrate no fracture, dislocation, or subluxation. The glenohumeral joint articulate normally. There is joint space narrowing at the acromioclavicular joint. All cortical margins are intact, and the soft tissue planes are normal.

**IMPRESSION:**
1. Degenerative changes of the acromioclavicular joint.

**Recommendation:** Follow up as clinically indicated.

E.Minoza ARNP
RMC

[ ] OK TO FILE       DATE 11/12/15
    MD INITIAL
[ ] PULL CHART       DATE
    FOLLOW UP
[ ] NO FURTHER ACTION DATE
    MD INITIAL

D. Anthony Townsend, MD
11/3/2015 3:32:49 PM KT
11/3/2015 3:35:43 PM

Thank You for allowing us to participate in the care of your patient.

---

PERSONAL & CONFIDENTIAL If you have received this in error, please call (850) 562-1656, or fax (850) 562-7209, and please destroy this document and/or delete this e-mail.

Page 1 of 1

Attachment 009