UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERRARD D. JONES,

    Plaintiff,

v.                                  CASE NO. 3:18cv155-MCR-MJF

SCHWARZ, *et al.*,

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 16, 2021. ECF No. 102. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Defendants' motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**.

3. Summary judgment is **GRANTED** for Defendants:

   a. as to Plaintiff's Eighth-Amendment claims that Defendant's initial use of force on August 18, 2015 was excessive and that Defendants failed to protect him from that initial use of force;

   b. as to Plaintiff's First-Amendment claim of retaliation.

4. Defendants' motion for summary judgment is **DENIED** in all other respects.

5. This case is recommitted to the magistrate judge to prepare for trial Plaintiff's remaining claims of excessive force and failure to protect, and to address his motion for appointment of counsel.

**DONE AND ORDERED** this 29th day of March 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**