# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

GERRARD D. JONES,

    Plaintiff,

v.                                         Case No. 3:18-cv-155-LC/MJF

SCHWARZ, *et al.*,

    Defendants.

_____/

## ORDER

This matter is before this court on Plaintiff's motion for extension of time to comply with the court's order and a motion for the court to deem the motion for extension of time as timely filed. (Docs. 111, 112).[1] Plaintiff has shown good cause for an extension. (Doc. 111 at ¶ 1).

**Accordingly, it is ORDERED:**

1. Plaintiff's motions (Docs. 111, 112) are **GRANTED**.

---

[1] These motions were received by the clerk of the court on July 12, 2021. (Docs. 111 at 1, 112 at 1). These documents were not docketed until July 21, 2021, however. Due to this delay, the undersigned issued an order to show cause directing Plaintiff to explain and show cause why he did not comply with the undersigned's order.

2. **On or before October 11, 2021**, Plaintiff shall file and serve his statement of facts, exhibit list, and witness list as described in this court's previous order.

3. **On or before November 12, 2021**, Defendants shall file and serve their statement of facts, exhibit list, and witness list as described in this court's previous order.

4. No further extensions will be permitted absent extraordinary circumstances.

5. The clerk of the court shall administratively close this case.

6. The failure to comply with this order likely will result in dismissal of this case for failure to prosecute and failure to comply with a court order.

**SO ORDERED** this 23rd day of July, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**