IN U.S. DISTRICT COURT
N.D. PENSACOLA FLA.
PENSACOLA DIVISION

GERRARD JONES, PLAINTIFF,
-V-
SCHWARZ, et al., DEFENDANTS.

CASE # 3:18-CV-155

MOTION TO STOP SGT. TEXIERA FROM TEARING UP MY LEGAL PAPERS AS HE DID ON 8-8-21 AND HE ATTACKED ME 8-9-21.

COMES NOW GERRARD JONES, PRO SE, STATING:

1. SGT. TEXTIERA IS A PRISON GUARD AT TOMOKA C.I. BUT HE IS FRIENDS WITH DEFENDANT GOLDHAGEN. HE BEEN TELLING ME TO "DROP MY LAWSUIT AGAINST HIS BROTHER" (GOLDHAGEN).

2. I HAD FINALLY FINISHED MY "SPOLIATION OF EVIDENCE" MOTION TO FILE TO JUDGE FRANK. SUNDAY I GAVE IT TO THE ORDERLY, TO GIVE TO LAW CLERKS, TO MAKE COPIES AS I AM IN A CONFINEMENT CELL. (THE ORDERLY'S NAME IS "FLAV")

3. SGT. TEXIERA INTERCEPTED MY "SPOLIATION" MOTION (AND SOME DC 6-112 ADMINISTRATIVE WITNESS STATEMENTS) AND TORE MY MOTION UP AND CONFISCATED THE OTHER MATERIAL LEGAL PAPERS. I COMPLAINED TO HIM ON SUNDAY 8-8-21 AND MONDAY MORNING 8-9-21.

4. So HE SAID HE WOULD GET ME KILLED AND STABBED BY A INMATE ON A "HIT". So, I KEPT COMPLAINING. So, MONDAY 8-9-21, "ON CAMERA", IN A TOTAL BREACH OF SECURITY POLICY AND CELL ENTRY PROTOCOL, SGT. TEXIERA CAME TO MY DOOR, WITH A INMATE, JUST HIM AND THE INMATE. (HE NOT SUPPOSED TO OPEN NO DOOR WITHOUT A SECOND OFFICER PRESENT), HE TOLD ME TO TURN AROUND. HE WAS SAYING HE WILL GET ME KILLED IF I KEEP THIS LAWSUIT GOING. HE TOLD THE INMATE TO TAKE MY MATTRESS AND PILLOW. THE INMATE DID THAT. THEN SGT. TEXIERA VIOLENTLY POKED HIS FINGER INTO MY EYE AND RAN OUT AND SLAMMED THE DOOR. IT IS VERY PAINFUL AND HE CAME BACK WITH A BUNCH OF MORE WHITE GUARDS (ALL ON CAMERA) AND TOOK ME OUT THE ROOM AND SAID IF I TELL HE WILL KILL ME. HE OFF WORK TODAY SO I'M TRYING TO SNEAK THIS OUT. NOBODY LET ME SEE MEDICAL YET. I WROTE 2 GRIEVANCE BUT I DON'T KNOW IF HE GOT THEM STOPPED. SO PLEASE ORDER HIM TO STAY OUT MY LEGAL CASE. ALL THIS IS ON CAMERA. HE BOLD.

JURAT/CERTIFICATE OF SERVICE
I DECLARE UNDER PENALTY OF PERJURY OATH THAT I HAVE READ THIS MOTION AND ALL FACTS ARE TRUE AND CORRECT. UNDER 28 USC 1746(1). SIGNED, SIGNED SWORN DATED AND SENT U.S. MAIL ON 8-12-21 TO:

(ORIGINAL)
CLERK OF COURT
1 N. PALAFOX ST.
PENSACOLA FL 32500

1 COPY
KRISTEN LONERGAN (ATT. GEN)
THE CAPITOL PL-01
TALL. FLA. 32399-1050

GERRARD JONES #503034
TOMOKA C.I. 3950 TIGER BAY ROAD
DAYTONA BEACH, FL. 32124

(margin note: AS I FINISHED WRITING THIS PAGE TWICE JUDGE FRANKS THE LEGAL MAIL LADY (MS. ADAMS) JUST CAME BY TO PICK UP MY LEGAL MAIL AND SGT. TEXIERA WAS WITH HER TO STEAL THIS SO I GOTTA HOLD IT UNTIL TOMORROW. HE NOT AROUND. I PRAY I CAN SEND IT TOMORROW.)

GERRARD JONES #S03034
TOMOKA CORRECTIONAL INSTITUTION
3950 TIGER BAY ROAD
DAYTONA BEACH, FLORIDA
32124

(LEGAL MAIL)

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION

CHECKED AUG 18 2021

ORLANDO FL 328
16 AUG 2021 PM 5 L

CLERK OF COURT
N.D. FLORIDA
PENSACOLA DIVISION
100 N. PALAFOX STREET
PENSACOLA FLA
32502-483900