IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PROVIDED TO TOMOKA
CORRECTIONAL INSTITUTION
ON 10/11/21
FOR MAILING BY

GERRARD JONES,         CASE # 3:18-CV-155-LAC-MJF
       PLAINTIFF,
   -V-
SCHWARZ, et al.,
       DEFENDANTS.

**PLAINTIFF'S PRETRIAL NARRATIVE STATEMENT, WITNESS LIST, AND EXHIBITS LIST**

COMES NOW PLAINTIFF, GERRARD JONES, PRO SE, STATING:

**1. PRETRIAL NARRATIVE STATEMENT:**

(A) PLAINTIFF WILL ARGUE THAT DEFENDANTS ATTACKED HIM IN THE MANNER ALLEGED UNDER OATH IN THE 4th AMENDED COMPLAINT.

(B) PLAINTIFF WILL ARGUE THAT DEFENDANTS GOLDHAGEN AND SCHWARZ WERE RACISTS, WHO ACTED OUT OF RACIAL ANIMUS, ILL-WILL, AND MALICE, TO INTENTIONALLY INJURE PLAINTIFF.

(C) PLAINTIFF WILL ARGUE THAT GOLDHAGEN HAD A "REPUTATION" AS A "KKK"-MEMBER, AND OPENLY EXPRESSED ANTI-BLACK SENTIMENTS.

(D) PLAINTIFF WILL ARGUE THAT SCHWARZ TOO HAD A "REPUTATION" AS A "ENABLER" OF GOLDHAGEN'S RACIAL ATTACKS ON BLACK INMATES, AND THAT HE KNEW GOLDHAGEN HAD A PROPENSITY FOR SADISTIC UNNECESSARY VIOLENCE TOWARDS BLACK INMATES.

(E) PLAINTIFF WILL ARGUE THAT SCHWARZ, GOLDHAGEN AND THE OTHER DEFENDANTS, AS WELL AS OTHER OFFICERS (WHO ARRIVED IN L-DORM ON 8-18-15) KNOWINGLY, INTENTIONALLY DID NOT FOLLOW "USE OF FORCE" RULES, AND, DID NOT FOLLOW "ADA" MENTAL HEALTH LAWS/RULES REGARDING INMATES WHO ARE MENTALLY-IMPAIRED/PHYSICALLY-IMPAIRED.

(F) PLAINTIFF WILL ARGUE GOLDHAGEN PERSONALLY STUCK A METAL OBJECT INTO PLAINTIFF'S RECTUM WHILE PLAINTIFF WAS HELPLESS.

(1)

(G) PLAINTIFF WILL ARGUE THAT THE FORCE WAS "PLANNED" AND INTENTIONALLY INFLICTED AND, THAT DEFENDANTS POGUE, BEAUDRY AND DENMON PHYSICALLY ASSISTED GOLDHAGEN'S ATTACK, BY BENDING/SUFFOCATION/HOLDING AND OTHERWISE "ROUGHHOUSING" PLAINTIFF TO ASSIST GOLDHAGEN'S ATTACK OF PLAINTIFF.

(H) PLAINTIFF WILL ARGUE THAT SCHWARZ ENCOURAGED GOLDHAGEN'S ATTACKS, AND, THAT SCHWARZ AND THE OTHER DEFENDANTS WERE ALL ALWAYS IN A POSITION TO INTERVENE TO PREVENT AND/OR AMELIORATE THE ATTACKS, BUT, INTENTIONALLY NEGLECTED TO SO ASSIST PLAINTIFF.

(I) PLAINTIFF WILL ARGUE THAT SCHWARZ AND GOLDHAGEN INTENTIONALLY INTERFERRED WITH HIS MEDICAL TREATMENT, BY INTIMIDATING PLAINTIFF TO NOT REPORT HIS INJURIES, AND BY INTIMIDATING THE NURSES (THE WHITE FEMALE ON DUTY) WHO INITIALLY DID A CURSORY EXAM OF PLAINTIFF ON 8-18-15, RECORDED ON THE HANDHELD CAMERA.

(J) PLAINTIFF WILL ARGUE THAT ALL DEFENDANTS OWED A DUTY TO PLAINTIFF TO NOT LET SUCH AN ATTACK BEFALL PLAINTIFF, AND, THAT POST-ATTACK, ALL HAD A DUTY TO ASSIST IN GETTING MEDICAL SERVICES TO PLAINTIFF, ALL WHICH DEFENDANTS FAILED IN.

(K) PLAINTIFF WILL ARGUE THAT THERE IS AN ACTIVE "KKK" SOCIETY WITHIN FDOC, AND THAT GOLDHAGEN, SCHWARZ, SGT. RICHARDSON, AND OTHERS (KNOWN AND UNKNOWN) ARE PART OF IT, AND WERE IN LEAGUE TO DISCRIMINATE AGAINST PLAINTIFF AND DID DO SO AT ALL RELEVANT TIMES, ACTING SOMETIMES ALONE, SOMETIMES IN CONCERT.

(L) PLAINTIFF WILL ARGUE THAT THE MEDICAL STAFF AT SANTA ROSA ARE COMPLICIT IN THE FAILURE TO TREAT INJURIES AND RENDER PROPER AID WHEN GOLDHAGEN, DEFENDANTS, AND THEIR "ILK" HURT INMATES. THIS COMPLICITY IS BY "AGREEMENT" AND/OR "INTIMIDATION" OF MEDICAL STAFF, WHO WERE INSTRUCTED TO NOT TRULY HELP/TREAT PLAINTIFF.

(M) PLAINTIFF RESERVES RIGHT TO ARGUE OTHER MATTERS (ORE TENUS) WHICH DEVELOP; I.E. FROM NEWLY LEARNED EVIDENCE.

(N) PLAINTIFF WILL USE DEPOSITIONS TAKEN IN THIS CAUSE AND SWORN DECLARATIONS/AFFIDAVITS TO ARGUE HIS CASE TOO.

(2)

2. <u>PLAINTIFF'S WITNESS LIST</u>: (SUBJECT TO MODIFICATION):
   (A) <u>PLAINTIFF</u>: *WILL TESTIFY IN ACCORD WITH HIS LAWSUIT.
   (B) <u>DEFENDANTS</u>: *UNKNOWN AS TO WHAT THEY WILL SAY.
   (C) <u>ALL THE NURSES LISTED IN THE MEDICAL FILES/DISCOVERY</u>:
       *THEY WILL TESTIFY AS TO THEIR KNOWLEDGE OF THEIR INVOLVEMENT/RECORDS.
   (D) <u>ALL THE DOCTORS AND MENTAL HEALTH PROFESSIONALS IN DISCOVERY</u>:
       *THEY WILL TESTIFY AS TO THEIR KNOWLEDGE OF THEIR INVOLVEMENT.
       (ALSO, WITNESSES LISTED IN (C) AND (D) WILL TESTIFY AS TO FDOC POLICY).
   (E) ALL OF THE <u>15 OFFICERS WHO ENTERED L-DORM</u>, WING #4, ON
       8-18-15, WHO WERE INVOLVED IN THE INCIDENT. ALSO, THE BOOTH
       OFFICERS WHO PUSHED THE BUTTONS TO LET THE 15 OFFICERS AND
       DEFENDANTS INTO THE DORM. THEY WILL TESTIFY TO GOLDHAGEN'S VIOLENT REPUTATION.
       *THEY WILL TESTIFY AS TO "USE OF FORCE" POLICY AND THEIR KNOWLEDGE
       OF THE FACTS OF WHAT HAPPENED DURING THE INCIDENT.
   (F) <u>THE CONTROL ROOM STAFF</u>: WHO DISPATCHED DEFENDANTS AND
       THE OTHER 15 OFFICERS TO L-DORM TO RESPOND TO GOLDHAGEN'S CALL.
       * THE CONTROL ROOM STAFF WILL TESTIFY AS TO WHAT WAS CALLED-IN,
       AND WHAT ACTIONS CONTROL ROOM RECOMMENDED AND WHAT "POLICY"
       IS IN SUCH SITUATIONS.
   (G) <u>THE X-RAY TECH AND THE DOCTOR WHO FOUND "NEW FRACTURE" ON 9-3-15</u>.
       * THEY WILL TESTIFY AS TO PLAINTIFF'S INJURIES.
   (H) <u>SGT. RICHARDSON AND J.W. STRAIN</u> (LAW LIBRARIAN, SANTA ROSA).
       * WILL TESTIFY THAT HE STOLE PLAINTIFF'S LEGAL PAPERS AND
       THREATENED PLAINTIFF WITH BOGUS DISCIPLINARY REPORTS AND
       PHYSICAL HARM, IF PLAINTIFF FILED PAPERWORK AGAINST GOLDHAGEN
       AND THE OTHER DEFENDANTS, TO PREVENT PLAINTIFF DISCLOSING THE ATTACKS.
       HE WILL ALSO TESTIFY THAT GOLDHAGEN AND SCHWARZ WERE OPENLY
       RACIST AGAINST BLACK INMATES AND, THAT J.W. STRAIN SENT A "HIT" ON ME.
   (I) <u>ALL THE INMATES IN L-DORM ON 8-18-15</u>:
       *THEY WILL TESTIFY THAT THEY SAW/HEARD THE ATTACK INCIDENT, AND
       AT LEAST 20 WILL TESTIFY THAT GOLDHAGEN BRAGGED ABOUT BEING A
       "KKK" MEMBER AND THAT SCHWARZ AND RICHARDSON WERE GOLDHAGEN'S "KKK" BROTHERS.
   (J) <u>TORREY JOHNSON</u>: WARDEN (NOW) AT LIBERTY C.I. (GOLDHAGEN TOLD HIM ABOUT ATTACK ON ME)
   (K) <u>JOE SMITH</u>: *WILL TESTIFY GOLDHAGEN HAD A VENDETTA AGAINST ME FOR "WRIT WRITING".
   (L) <u>DAVID MORAN & SGT. TEXIERA</u>: WILL TESTIFY GOLDHAGEN IS THEIR "KKK" BROTHER.

(3)

(M). TORREY JOHNSON: WILL TESTIFY HE PUT A "HIT" ON ME. (SETTLED CASE #3:18-CV-76 WITH ME) AND THAT HE SAW ANTONIO HUDSON DISLOCATE MY (L) SHOULDER ON 10-04-2014).

3. (A) – ALL EXHIBITS: IN DISCOVERY/THE COURT FILES) AND BUSINESS RECORDS KEPT IN THE NORMAL COURSE OF BUSINESS FROM FDOC/MEDICAL STAFF.
(B) – *THE "HANDHELD" CAMERA VIDEO FILED WITH THE COURT (SHOWS WALL-CAMERA).
(C) – *THE "FIXED WING" CAMERA VIDEO. (SHOWS THE ATTACK AND SUPPORTS PLAINTIFF)
(D) – *ALL MEDICAL RECORDS IN COURT FILE AND/OR REFERRED TO AND KEPT AS A BUSINESS RECORD.
(E) 8-7-15 J-DORM FOOTAGES SHOWING THE D.R. (DISCIPLINARY REPORT) HEARINGS, WHERE
(F) THE STATE COURT CASE # 2015-CA-2591 LEON COUNTY COURT FILES AND DENIALS, AND THE 1ST DCA APPEAL THEREFROM (JUDICIAL NOTICE) (COURT RECORDS)
(G) ALL THE INSTITUTIONAL/ADMINISTRATIVE GRIEVANCES/APPEALS FILED IN FDOC REGARDING THIS INCIDENT, KEPT AS "BUSINESS RECORDS".
(H) ALL PUBLIC RECORDS BEARING ON PRIOR REPORTS OF PRISONER ABUSE, LYING, USE OF FORCES, COURT SETTLEMENTS RELEVANT TO CASE PRESENTATION AS NEEDED.
(I) COVERAGE FROM GEORGE FLOYD CASE AND ABNER LOUIMA CASE – FDOC POLICY/CUSTOM.

4. MOTION FOR A COPY OF THIS MOTION (RE: OUR COPIER OUT OF TONER)
YOUR HONOR, I CAN'T GET THIS COPIED TODAY. THE COPY TONER'S IS OUT, BUT IT'S MY DEADLINE TODAY 10-11-21. PLEASE LET THE CLERK MAIL ME A COPY BACK. /s/ GERARD JONES

5. WHEREFORE, PLAINTIFF HEREBY COMPLIES WITH THE ORDER FOR PLAINTIFF TO TURN IN THIS PLEADING BY THE LAST DEADLINE/EXTENSION DATE ORDERED BY THIS COURT.

/s/ GERARD JONES

(4)

## JURAT / CERTIFICATE OF SERVICE

I DECLARE UNDER 28 USC 1746(2) PENALTY OF PERJURY OATH, THAT I HAVE READ THIS PLEADING AND ALL FACTS ARE TRUE AND CORRECT. SIGNED, SWORN, DATED AND SENT ("MAILBOX RULE") ON 10-10-21, TO:

| (ORIGINAL) | (1 COPY) | /s/ |
|---|---|---|
| CLERK OF COURT | LORI HUSKISSON, AG | GERARD JONES #503034 |
| N. D. PENSACOLA | KRISTEN LONGRIAN, AG | TOMOKA C.I. |
| 100 N. PALAFOX ST. | ASSISTANT AG'S | 3950 TIGER BAY ROAD |
| PENSACOLA, FL. | THE CAPITOL PL-01 | DAYTONA BEACH, FL. 32124 |
| 32502 | TALL., FL. 32399-1050 | |

Gerardo D. Jones #503034
Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach, Florida
32124

(LEGAL MAIL)

MAILED FROM
STATE CORRECTIONAL
INSTITUTION

CHECKED OCT 15 2021

ORLANDO FL 328
12 OCT 2021 PM 7 L

Clerk of Court
M.D. Pensacola
100 N. Palafox Street
Pensacola, Florida
32502

32502-483900