**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**GERRARD D. JONES
DOC # 503034**,

    Plaintiff,

v.                                           Case No. 3:18-cv-155-MCR/MJF

**SCHWARZ, ET AL.**,

    Defendants.

_____/

**DEFENDANT'S PRE-TRIAL NARRATIVE,
EXHIBIT LIST, AND WITNESS LIST**

In accordance with this Court's Order (Doc. 107), **Defendants Schwarz, Denmon, Goldhagen, Beaudry, and Pogue** ("Defendants") hereby submit this Pre-Trial Narrative, Witness List with addresses and summaries of anticipated testimony, and Exhibit List.

**Pretrial Narrative**

On August 18, 2015, at approximately 7:00 a.m., it was discovered that Plaintiff had violated Rule 33-602.314(9-10), Florida Administrative Code ("F.A.C.") which prohibits Lying to Staff. That disciplinary report, log number 135-151303, was for filing falsified grievances and stated that Plaintiff would be housed in administrative confinement pending disciplinary team action. Because of this violation, Plaintiff was to be housed in administrative confinement pending

1

disciplinary team action. Plaintiff was ultimately found guilty of this disciplinary report and was sanctioned with sixty days of disciplinary confinement and forfeiture of sixty days of gain time.

On August 18, 2015, at approximately 8:31 a.m., Defendant Goldhagen was assigned as an Internal Security Supervisor at Santa Rosa Correctional Institution Annex and was present in front of cell L4206, where Plaintiff and his cellmate were housed. Plaintiff refused several verbal orders to submit to hand restraints so that he could be taken to medical for a pre-confinement physical pending his placement on administrative confinement for the above disciplinary report. Plaintiff was given a second disciplinary report log number 135-151304 for violation of Rule 33-602.314 (6-1) which prohibits disobeying a verbal or written order, was ultimately found guilty of this disciplinary report and was sanctioned with thirty days of disciplinary confinement.

At approximately 8:39am, Plaintiff finally agreed to be placed in hand restraints and Defendant Schwarz ordered Defendants Demon, Pogue, Beaudry, and Goldhagen to enter the cell and place Plaintiff in hand restraints. The officers entered the cell at 8:39. Upon those officers entering the cell, Plaintiff stated, "Let's go motherfuckers" and attempted to strike Defendant Goldhagen with a closed fist to the face which necessitated a reactionary use of physical force in the defense of Defendant Goldhagen. Plaintiff was given a disciplinary report for violation of Rule

2

33-602.314(1-15), F.A.C. which prohibits Battery or Attempt on a Corrections Officer. Plaintiff was found guilty of that disciplinary report and sanctioned with sixty days of disciplinary confinement and forfeited three hundred and sixty-four days of gain time.

Once the reactionary use of force had ceased, Plaintiff was placed in hand and leg restraints and exited the cell at 08:43 a.m. A handheld video camera was obtained which recorded the aftermath of the incident including his trip to medical for a post-use of force examination, and his subsequent placement in an administrative confinement cell. Plaintiff's hands are visible for long stretches of the hand-held video footage. Plaintiff arrived at medical at 8:49 a.m., just minutes after the incident ceased and his examination began at 08:50 a.m. Medical staff can specifically be seen on the video examining Plaintiff's hands behind his back. Plaintiff was escorted out of medical following the end of his examination at 8:57 a.m. Plaintiff was then taken to a shower and strip searched before being placed in an administrative confinement cell in cell 2108. Plaintiff's medical records do not corroborate his allegations.

# Exhibit List

1. Plaintiff's Deposition taken October 2, 2019.

2. Use of Force Report log 15-19017.

3. Video footage for Use of Force Report 15-19017.

4. DR Packet log 135-151303.

5. DR Packet log 135-151304.

6. DR Packet log 135-151305.

7. Plaintiff's Administrative Grievances.

8. Plaintiff's Internal and External movements via CDC.

9. Plaintiff's Disciplinary History via CDC.

10. Plaintiff's Medical and Mental Health Records previously filed as exhibit to Defendants' Motion for Summary Judgment (Doc. 77-4).

11. Certified copies of Plaintiff's convictions.

12. Certified copies of convictions of any inmate witness called by Plaintiff.

13. Any impeachment evidence necessary for witnesses called by Plaintiff, in light of Plaintiff's failure to specifically name his witnesses. (Doc. 120)

14. Plaintiff's call audio, mail, and email records.

15. Any exhibit listed by Plaintiff (subject to Defendant's objection).

# Witness List

1. John Beaudry (Defendant)
    a. Address: Case of counsel.
    b. Anticipated Testimony: Regarding incident at issue.
    c. Approximate testimony time: 1-2 hours.

2. Eldridge Pogue (Defendant)
    a. Address: Case of counsel.
    b. Anticipated Testimony: Regarding incident at issue.
    c. Approximate testimony time: 1-2 hours.

3. John Schwarz (Defendant)
    a. Address: Case of counsel.
    b. Anticipated Testimony: Regarding incident at issue.
    c. Approximate testimony time: 1-2 hours.

4. Mark Goldhagen (Defendant)
    a. Address: Case of counsel.
    b. Anticipated Testimony: Regarding incident at issue.
    c. Approximate testimony time: 1-2 hours.

5. Jason Denmon (Defendant)
    a. Address: Case of counsel.
    b. Anticipated Testimony: Regarding incident at issue.
    c. Approximate testimony time: 1-2 hours.

6. Keith Grant (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding incident at issue.
    c. Approximate testimony time: 1 hour.

7. William Coates (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding incident at issue.
    c. Approximate testimony time: 1 hour.

8. Andrew Parrot (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding incident at issue.

c. Approximate testimony time: 1 hour.

9. Anthony Heaton (Witness).
   a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
   b. Anticipated Testimony: Regarding incident at issue.
   c. Approximate testimony time: 1 hour.

10. Bernard Mcallister (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding incident at issue.
    c. Approximate testimony time: 1 hour.

11. John Gaynor (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding incident at issue.
    c. Approximate testimony time: 1 hour.

12. Brandon Turner (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding incident at issue.
    c. Approximate testimony time: 1 hour.

13. Robert Boos (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding incident at issue in role as camera operator.
    c. Approximate testimony time: 1-2 hours.

14. LPN L. Douglas (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding medical evaluation after incident and medical condition in time periods before and after incident.
    c. Approximate testimony time: 1 hour.

15. RN S. Fort (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding medical evaluation after incident and medical condition in time periods before and after incident.
    c. Approximate testimony time: 1 hour.

16. L. Brown (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding medical evaluation after incident and medical condition in time periods before and after incident.
    c. Approximate testimony time: 1 hour.

17. D. Aglipay, BSN, RN (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding medical condition in time periods before and after incident.
    c. Approximate testimony time: 1 hour.

18. Sheila Szalai (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding medical condition in time periods before and after incident.
    c. Approximate testimony time: 1 hour.

19. Dr. Nayyer Islam, M.D. (Witness).
    a. Address: 106 West 5th Avenue, Tallahassee, FL 32303.
    b. Anticipated Testimony: Regarding medical condition in time periods before and after incident.
    c. Approximate testimony time: 1 hour.

20. D. Anthony Townsend, M.D. (Witness).
    a. Address: 106 West 5th Avenue, Tallahassee, FL 32303.
    b. Anticipated Testimony: Regarding medical condition in time periods before and after incident.
    c. Approximate testimony time: 1 hour.

21. Cesar Calderon, M.D. (Witness).
    a. Address: 12054 East 45th Avenue, Suite 600, Denver, CO 80239.
    b. Anticipated Testimony: Regarding medical condition in time periods before and after incident.
    c. Approximate testimony time: 1 hour.

22. Jan Santiago, M.D. (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding medical condition in time periods before and after incident.

c. Approximate testimony time: 1 hour.

23. S. Simpson, RN (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding medical condition in time periods before and after incident.
    c. Approximate testimony time: 1 hour.

24. V. Hall, LPN (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding medical condition in time periods before and after incident.
    c. Approximate testimony time: 1 hour.

25. Major D. Dunlap (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding investigation into incident.
    c. Approximate testimony time: 1 hour.

26. James Coker (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding investigation into incident.
    c. Approximate testimony time: 1 hour.

27. Robert Olson (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding collection of video evidence.
    c. Approximate testimony time: 1 hour.

28. Ryan Muse (Witness).
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding collection of video evidence and subsequent Inspector General's Office Investigation into incident.
    c. Approximate testimony time: 1 hour.

29. H.A. Melsonson (Witness)
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding investigation into subsequent disciplinary charges.
    c. Approximate testimony time: 30 minutes.

30. R.F. Caldwell (Witness)
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding disposition of Plaintiff's subsequent disciplinary charges.
    c. Approximate testimony time: 30 minutes.

31. C. C. Conlee (Witness)
    a. Address: 5850 East Milton Road, Milton, Florida 32583-7914.
    b. Anticipated Testimony: Regarding disposition of Plaintiff's subsequent disciplinary charges.
    c. Approximate testimony time: 30 minutes.

32. Wes Kirkland or Michael Harrel (Witness)
    a. Address: 501 South Calhoun Street, Tallahassee, FL 32399-2500
    b. Anticipated Testimony: Regarding use of force procedures and requirements.
    c. Approximate testimony time: 1 hour.

33. Kellie Caswell, RN, BSN (Witness) (medical records)
    a. Address: 501 South Calhoun Street, Tallahassee, FL 32399-2500
    b. Anticipated Testimony: Regarding Plaintiff's Medical Records.
    c. Approximate testimony time: 2 hours.

34. Any record custodian necessary for Defendants' Exhibits from Florida Department of Corrections or Medical providers.

35. Any witness included on Plaintiff's Witness List (subject to Defendant's objections).

Respectfully submitted,

**ASHLEY MOODY
ATTORNEY GENERAL**

/s/ Kristen J. Lonergan
Kristen J. Lonergan
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Kristen.lonergan@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was e-filed electronically through CM/ECF on November 10, 2021, and furnished by U.S. Mail to: Gerrard D. Jones, DOC# 503034, Tomoka Correctional Institution, 3950 Tiger Bay Road, Daytona Beach, Florida 32124-1098, on November 10, 2021.

/s/ Kristen J. Lonergan
Kristen J. Lonergan