FILED USDC FLND PN
DEC 6 '21 AM 10:49 GM

PROVIDED TO TOMOKA
CORRECTIONAL INSTITUTION
ON 12/2/21
FOR MAILING BY [initials]

IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERRARD JONES, PLAINTIFF,
v.
SCHWARZ, et al., DEFENDANTS.

CASE # 3:18-CV-155-MCR-MJF

PLAINTIFF'S OBJECTION TO DEFENSE WITNESS LIST, AND;
PLAINTIFF OFFER TO WAIVE TRIAL VIA JUDGMENT ON POLYGRAPHS.

COMES NOW GERRARD JONES, PRO SE, STATING:

1. REGARDING THE DEFENDANTS (DOC. 127) WITNESS LIST @ PAGE #5, THEY LIST A "DEFENDANT" AS "JOHN" BEAUDRY. HOWEVER, IN DOC. 61-1 SEE CLEARLY THAT A "WANDA" BEAUDRY (A LADY) WAS SERVED AS A DEFENDANT AND PLAINTIFF HAS NOT BEEN TOLD THAT THERE HAS BEEN A "JOHN" BEAUDRY ADDED AS AN EXTRA DEFENDANT. SO PLAINTIFF OBJECTS AND SEEKS BELATED INFO/DISCOVERY/OPPORTUNITY TO FILE REQUEST FOR ADMISSIONS/INTERROGATORIES/DEPOSITION OF "JOHN" BEAUDRY, (WHO IS HE?)

2. LASTLY, IT IS IN THE BEST INTEREST OF JUDICIAL ECONOMY TO DO THIS, IF AGREED TO BY DEFENSE COUNSEL, I HEREBY AGREE TO BE POLYGRAPHED BY AN EXAMINER FROM THE FDLE/FBI, AND ASKED ANY QUESTIONS REGARDING THIS. I WILL PAY FOR ALL THE POLYGRAPHS.
✓ DID I EVER ATTEMPT TO ATTACK/FIGHT/RESIST/THREATEN ANY OFFICER/STAFF ON 8-18-15 AT SANTA ROSA C.I.; DID I EVER UTTER ANY WORDS OR GESTURES INDICATING REFUSAL TO SUBMIT TO HANDCUFFING (other than showing staff my medical "front cuffs only" PASS); DID I EVER IN ANY WAY ATTEMPT TO, GESTURE TO, OR DO ANY ACT TO CAUSE THE ATTACK ON ME. (I WILL ANSWER THESE AND ALL OTHER QUESTIONS, UNDER OATH OF PERJURY PENALTIES).
✓ DEFENDANTS WILL SIMULTANEOUSLY TAKE POLYGRAPHS BY FDLE/FBI EXAMINERS TOO, AND BE ASKED THE QUESTIONS RELEVANT TO BASICALLY THE REVERSE OF THOSE ASKED OF ME BUT ALL WILL BE ASKED UNDER OATH ON POLYGRAPH DID ANY OF THEM INTENTIONALLY HARM ME AFTER I WAS CUFFED/HELPLESS; WAS AN OBJECT STUCK INTO MY RECTUM; DID YOU LIE ON REPORTS.

3. THE POLYGRAPH TEST WINNER WILL PREVAIL. THE FAILURE OF ANY PARTICIPANT TO TRUTHFULLY ANSWER ANY/ALL QUESTIONS WILL DETERMINE THE MATTER ADVERSELY TO THEM. WHEN PLAINTIFF WINS (AS I WILL) A JURY WILL DECIDE DAMAGES ONLY. IF I LOSE, I AGREE TO PLEA OUT TO PERJURY AND RECEIVE 10 YEARS AS A HABITUAL OFFENDER PRISON.

4. LAW ENFORCEMENT/ATTORNEYS GENERAL AND CORRECTIONS STAFF SPEAK HIGHLY ABOUT THE ACCURACY OF POLYGRAPHS. SURELY, MS. LONERGAN, YOU WILL PRESENT THIS TO YOUR DEFENDANTS, AS THERE IS NO PRINCIPLED REASON NOT TO. PRAYERFULLY THE MAGISTRATE CAN RATIFY IT.

GERRARD JONES

JURAT/ CERTIFICATE OF SERVICE

I DECLARE UNDER PENALTY OF PERJURY OATH I HAVE READ THIS AND ALL FACTS ARE TRUE/CORRECT PER 28 U.S.C. 1746(2). SWORN & MAILED 12-1-21 TO:

(ORIGINAL)
CLERK OF COURT
N.D. PENSACOLA
1 N. PALAFOX ST.
PENSACOLA, FL 32502

(1 COPY)
KRISTEN LONERGAN, AAG
THE CAPITOL - PL-01
TALL, FL. 32399-1050

GERRARD JONES #503034
TOMOKA C.I.
3950 TIGER BAY ROAD
DAYTONA BEACH, FL 32124

GERARD JONES # 503034
TOMOKA CORRECTIONAL INSTITUTION
3950 TIGER BAY ROAD
DAYTONA BEACH, FLORIDA

**MAILED FROM
A STATE CORRECTIONAL
INSTITUTION**

(LEGAL MAIL)

ORLANDO FL 378
2 DEC 2021 PM 3 L

RECEIVED
CLERK OF COURT
N.D. PENSACOLA
1 N. PALAFOX STREET
PENSACOLA, FLORIDA

32502

32502-565850