## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

GERRARD D. JONES,

v.                                                     Case No.  3:18-cv-155-LC/MJF

SCHWARZ, et al.,

### REFERRAL AND ORDER

Referred to Magistrate Judge Michael J. Frank on December 7, 2021

Motion: Objection to Defense Witness List and Offer to Waive Trial

Filed by Plaintiff on December 6, 2021          Doc. # 128

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ Jeremy Wright, Deputy Clerk

---

For the reasons stated in Defendants' response to the objection, Plaintiff's objection to the Defendants' witness list is **OVERRULED** without prejudice to Plaintiff re-raising this issue during the impending trial. Additionally, Plaintiff's motion to take a polygraph test in lieu of trial is **DENIED**.

**SO ORDERED** this 25th day of January, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**