**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

GERRARD D. JONES,

     Plaintiff,

v.                                Case No.  3:18-cv-155-MCR/MJF

SCHWARZ, *et al.*,

     Defendants.

_____/

## **ORDER**

Plaintiff has filed a statement of facts, an exhibit list, and a witness list. Doc. 120. Defendants have also filed a statement of facts, an exhibit list, and a witness list. Doc. 127.

Accordingly, it is **ORDERED**:

The clerk of the court shall advise the United States District Judge that this case is ready to be set for trial.

**SO ORDERED** this 27th day of January, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**