# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**GERRARD D JONES,**

    **Plaintiff**

**v.**                                        Case No. 3:18cv155-MCR-MJF

**SCHWARZ, et al.,**

    **Defendants.**

_____/

## **ORDER**

Pending is a Motion for a Copy of the Handheld and Fixed-wing Camera Videos Submitted as Evidence filed by Gerrard D. Jones, ECF No. 137. The Court finds it appropriate to refer this matter to a magistrate judge; however, because the assigned magistrate judge has conducted a confidential settlement conference in this matter, the Motion for a Copy of the Handheld and Fixed-wing Camera Videos Submitted as Evidence filed by Gerrard D. Jones, ECF No. 137, is hereby referred to Magistrate Judge Charles J. Kahn for disposition by order, pursuant to Rule 72(a) of the Federal Rules of Civil Procedure. *See also* N.D. Fla. Loc. R. 72.3; 28 U.S.C.

§ 636(b)(1)(A).

**DONE AND ORDERED** this 16th day of February 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**