United States District Court
Northern District of Florida
(Pensacola Division)

Gerrard Jones,
    Plaintiff,

-v-

Schwarz, et al.,
    Defendant.

Case # 3:18-cv-155-MCR-MJF

Plaintiff's Reply to Court Order dated 9-23-2022 and Request for a Ruling on Pending "Video Enhancement" Motion.

Comes now Plaintiff, Gerrard Jones, Pro Se, stating:

1. Plaintiff conferred with an office worker who called Plaintiff on behalf of Attorney Lonergan.

2. Plaintiff relayed to the office worker and now to this court that:
    A) Plaintiff seeks a jury for his trial.
    B) Plaintiff estimates a 7 day period for jury selection and jury trial.

3. Lastly, Plaintiff filed (Doc. 137) to have the video enhanced. Please rule on it. The motion is meritorious.

/s/ Gerrard Jones
Plaintiff, Pro Se

Certificate of Service

I certify an original and a copy was sent by U.S. mail on 10-4-2022, to:

(Original)
Clerk of Court
N.D. Pensacola
1 North Palafox St.
Pensacola, Florida
32502

(1 Copy)
Assistant Att. Gen.
Kristen Lonergan
The Capitol - PL01
Tall., Florida
32399-1050

/s/ Gerrard Jones (Pro Se)
30810 Saint Vincent Court
Wesley Chapel, Florida
33543

