UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| GERRARD D. JONES,<br><br>    Plaintiff,<br><br>v.<br><br>SCHWARZ, *et al.*,<br><br>    Defendants. | Case No. 3:18-cv-155-MCR-MJF |

**NOTICE OF APPEARANCE**

Please take notice that James M. Slater of Slater Legal PLLC appears as counsel on behalf of Plaintiff Gerrard D. Jones. The certificate of service for all pleadings, orders, and other papers in this action should include **James M. Slater** at Slater Legal PLLC, 113 S. Monroe Street, Tallahassee, Florida 32301 and james@slater.legal.

Dated: May 2, 2023.

                              Respectfully submitted,

                              */s/ James M. Slater*
                              James M. Slater (FBN 111779)
                              SLATER LEGAL PLLC
                              113 S. Monroe Street
                              Tallahassee, Florida 32301
                              james@slater.legal
                              Tel.: (305) 523-9023

                              *Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on May 2, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater