UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERRARD D. JONES,

     Plaintiff,

v.

SCHWARZ, *et al.*,

     Defendants.

Case No. 3:18-cv-155-MCR-MJF

### NOTICE OF APPEARANCE

Please take notice that Joshua Tarjan of The Tarjan Law Firm P.A. appears as co-counsel on behalf of Plaintiff Gerrard D. Jones. The certificate of service for all pleadings, orders, and other papers in this action should include **Joshua Tarjan** at The Tarjan Law Firm P.A., 12372 SW 82 Avenue, Pinecrest, FL 33156 and josh@tarjanlawfirm.com.

Dated: May 3, 2023.

Respectfully submitted,

*/s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)

josh@tarjanlawfirm.com

*Co-counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: *<u>/s/ Joshua Tarjan</u>*
Joshua Tarjan