## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

GERRARD D. JONES,

    Plaintiff,

v.

SCHWARZ, et al.,

    Defendants.

CASE NO. 3:18cv155-MCR-MJF

## **REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   May 31, 2023

Motion/Pleadings: MOTION FOR LEAVE TO SERVE SUBPOENAS OUT OF TIME

Filed by  Plaintiff  on  May 26, 2023  Doc. #  153

\_\_\_\_\_ Stipulated    \_\_\_\_\_ Joint Pleading
 X  Unopposed    \_\_\_\_\_ Consented

        JESSICA J. LYUBLANOVITS
        CLERK OF COURT
        */s/    Patricia G. Romero*
        Deputy Clerk:    Patricia G. Romero

---

    On consideration, the motion is GRANTED for good cause shown. Discovery is reopened for the limited purpose of issuing subpoenas to the Florida Department of Corrections and Tech Care X-Ray.

    **DONE** and **ORDERED** this 5th day of June 2023.

        *M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**