## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

GERRARD D. JONES,

    Plaintiff,

v.

SCHWARZ, et al.,

    Defendants.

CASE NO. 3:18cv155-MCR-MJF

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 31, 2023

Motion/Pleadings: MOTION FOR LEAVE TO AMEND PRETRIAL DOCUMENTS SUBJECT TO COURT'S PERMISSION TO PERMIT DISCOVERY

Filed by Plaintiff & Defendants on May 26, 2023 Doc. # 154

\_\_\_ Stipulated    X    Joint Pleading
\_\_\_ Unopposed   \_\_\_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk: Patricia G. Romero

    On consideration, the motion is GRANTED. The parties may supplement their pretrial documents within 30 days of receipt of nonparty production in connection with subpoenas directed to Florida Department of Corrections and Tech Care X-Ray.

    **DONE** and **ORDERED** this 5th day of June 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**