IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GERRARD D. JONES**
**DOC # 503034**,

      Plaintiff,

v.                                                                                  Case No. 3:18-cv-155-MCR-MJF

**SCHWARZ, ET AL.,**

      Defendants.
_____/

**AMENDED NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that the undersigned counsel enters her appearance as counsel of record for **John Beaudry**.[1] Please send all future pleadings and correspondence in this case to the undersigned counsel's attention.

---

[1] This amendment is intended to remedy a scrivener's error which occurred related to the Notice of Appearance filed on behalf of Wanda Beaudry. *See* (Doc. 48). The correct defendant should be John Beaudry.

1

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capital, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850)414-3300
Facsimile: (850)488-4872

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Amended Notice of Appearance* was e-filed and served electronically on Plaintiff's counsel of record through CM/ECF on June 12, 2023.

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829