# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**GERRARD D. JONES,**

    **Plaintiff,**

v.                                             Case No. 3:18-cv-155-MCR-MJF

**SCHWARZ, ET AL.,**

    **Defendants.**

_____/

## MOTION FOR LEAVE TO AMEND ANSWER

**Beaudry**, **Pogue**, **Denmon**, **Goldhagen**, and **Schwarz** ("Defendants"), through counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(2), move this Court to allow Defendants to amend the answer of Defendant Beaudry based on the following:

1. On June 4, 2019, an Answer was filed on behalf of Wanda Beaudry. (Doc. 49).

2. As the case progressed, Defendants provided their Witness List, which included John Beaudry as a Defendant. (Doc. 127).

3. In response to the Witness List, and including John Beaudry as a Defendant, Plaintiff filed Objections to Defendants' Witness List. (Doc. 128).

4. Defendants filed a Response to Plaintiff's Objections, (Doc. 129), and Plaintiff's Objections were never overruled. (Doc. 133). The reason for the inclusion of John Beaudry as a Defendant, rather than Wanda Beaudry is due to a scrivener's error in the filing of the Notice of Appearance and Answer. John Beaudry should be the correct Defendant.

5. On June 2, 2023, undersigned counsel and counsel for Plaintiff had a call in which the issue of John vs. Wanda Beaudry arose. Based on the conversation, Plaintiff's counsel requested that Defendants amend the Answer on behalf of Wanda Beaudry to be John Beaudry and file an Amended Notice of Appearance.

6. Defendants agreed to Plaintiff's request, and Plaintiff did not indicate that there was any objection to this currently filed a Motion.

**WHEREFORE**, Defendants respectfully request that this Court allow Defendant Beaudry to amend his Answer and correct the outstanding scrivener's error.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capital, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850)414-3300
Facsimile: (850)488-4872

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Motion for Leave to Amend Answer* was e-filed and served electronically on Plaintiff's counsel of record through CM/ECF on June 12, 2023.

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel has indicated that there is no objection to the Motion.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General