UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERRARD D. JONES,

    Plaintiff,

v.

SCHWARZ, et al.,

    Defendants.

CASE NO. 3:18cv155-MCR-MJF

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   June 13, 2023

Motion/Pleadings: MOTION FOR LEAVE TO AMEND ANSWER

Filed by Defendants    on June 12, 2023    Doc. # 158
____ Stipulated     ____ Joint Pleading
_X_ Unopposed     ____ Consented

        JESSICA J. LYUBLANOVITS
        CLERK OF COURT
        */s/  Patricia G. Romero*
        Deputy Clerk:   Patricia G. Romero

---

    On consideration, the motion is GRANTED. Defendant Beaudry may file an amended answer to correct the outstanding scrivener's error.

    **DONE** and **ORDERED** this 14th day of June 2023.

        *M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**