IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GERRARD D. JONES,**

      **Plaintiff,**

v.                                                      **Case No. 3:18-cv-155-MCR-MJF**

**SCHWARZ, ET AL.,**

      **Defendants.**

                                                      /

## **NOTICE OF SETTLEMENT**

      **Beaudry**, **Pogue**, **Denmon**, **Goldhagen**, and **Schwarz** ("Defendants"), provide notice, through undersigned counsel, that Settlement has been reached in this case, and the documentation is currently being worked on. Defendants and Plaintiff require thirty (30) days in which to complete the required settlement documentation. Once the documentation is completed and the terms of the settlement are fulfilled, Plaintiff and Defendants will file a Joint Motion for Voluntary Dismissal of Plaintiff's claims against Defendants.

Respectfully Submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

*/s Erik Kverne*
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Settlement* was hand delivered to Plaintiff on September 18, 2023.

*/s Erik Kverne*
Erik Kverne

2