IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GERRARD D. JONES,**

 Plaintiff,

v.
            Case No. 3:18-cv-155-MCR-MJF

**SCHWARZ, ET AL.,**

 Defendants.

_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

  **Beaudry**, **Pogue**, **Denmon**, **Goldhagen**, and **Schwarz** ("Defendants"), through counsel, and **Gerrard Jones** ("Plaintiff"), through counsel, hereby stipulate to the entry of an Order dismissing this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). The issues between the above-mentioned parties have been resolved through settlement with each party to bear its own fees and costs.

1

Respectfully submitted,

|  |  |
|---|---|
| /s/ James M. Slater | ASHLEY MOODY |
|  | ATTORNEY GENERAL |
|  | Office of the Attorney General |
|  | The Capitol, PL-01 |
|  | Tallahassee, Florida 32399-1050 |
|  | Telephone: (850) 414-3300 |
|  | Facsimile: (850) 488-4872 |

/s/ James M. Slater
James M. Slater
Fla. Bar No. 111779
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32302
Telephone: (305) 523-9023
James@slater.legal.com
Counsel for Plaintiff

Erik Kverne
Senior Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com
Attorney for Defendants

DATED: September 26, 2023.            DATED: 9/26/23

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Joint Stipulation of Voluntary Dismissal with Prejudice* was e-filed and served on all parties of record through CM/ECF on September 14, 2023.

/s Erik Kverne
Erik Kverne
Senior Assistant Attorney General
Fla. Bar. No. 99829